```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
UNITED STATES OF AMERICA,
                                           MEMORANDUM AND ORDER
            -against-                      04-CR-699 (DRH)(S-2)


RODNEY ARNOLDO MORRISON,

               Defendant.
-----------------------------X
```

A P P E A R A N C E S:

For the Government:
    Roslynn R. Mauskopf
    United States Attorney
    Eastern District of New York
    One Pierrepont Plaza
    Brooklyn, New York  11201
      By: James M. Miskiewicz, A.U.S.A.
         Richard Thomas Lunger, Jr., A.U.S.A

For Defendant:
    Law Offices of Peter Smith & Associates
    232 East Main Street
    Huntington, New York 11743
      By: Peter Smith, Esq.

    Thomas P. Cleere, Esq.
    3075 Veterans Memorial Hwy.
    Suite 200
    Ronkonkoma, New York 11779

HURLEY, District Judge

      The Court is in receipt of Mr. Smith's letter brief of August 2, 2006.  On page 12 of that letter the following caption appears: "MR. MORRISON RENEWS HIS DUE PROCESS CLAIM."  The Court will construe that portion of the letter as a Motion for Reconsideration of this Court's Order of July 21, 2006 which denied defendant's motion to dismiss the indictment on due process grounds.

The government is directed to serve and file its response to defendant's Motion for Reconsideration on or before August 11, 2006. Should defendant elect to file a Reply, he shall do so by August 16, 2006.

SO ORDERED.

Dated: August 4, 2006
      Central Islip, New York

_____/s/_____
DENIS R. HURLEY, U.S.D.J.