1                                                        1

2

3

4

5       ----------------------------------------

6       GOVERNMENT'S REVISED DRAFT

7       TRANSCRIPT OF RECORDED CONVERSATION

8       RODNEY MORRISON, DETECTIVE TROTTA

9       &  DETECTIVE SERGEANT GOZOLOFF

10      January 28, 2005

11      ----------------------------------------

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                                          2

 2           DETECTIVE TROTTA:  It is

 3      approximately four p.m., Detective

 4      Trotta from Suffolk County Police.  It

 5      is January 28th.  The following will be

 6      a conversation recorded with Rodney

 7      Morrison and Detective Sergeant GOZOLOFF.

 8                (Telephone conversation)

 9           RODNEY MORRISON:  These guys

10      come back from doing the urine.  The

11      release, whatever it is called.  They

12      get someone to do the urine.  Then you

13      have 18 months in jail or something like

14      that.  Jesus.  I would be doing six

15      years in jail.

16                Then you sign a piece of paper

17      saying if you fail the urine you will

18      come back.  They know it works.

19      Unbelievable.  Unbelievable.

20                How have you been doing; all

21      right?  Are you a millionaire?

22      (Inaudible)

23           RODNEY MORRISON:  You like that.

24      You like that.  He likes being busy.

25      Trotta loves being busy.  He loves that.
```

3

1

2      DETECTIVE TROTTA:  I will open up

3  a smoke shop.

4      RODNEY MORRISON:  Yeah, no

5  problem.

6      DETECTIVE GOZOLOFF:  We will be busy

7  making money if we did that.

8      RODNEY MORRISON:  That's right.

9  You could retire, right?

10      DETECTIVE GOZOLOFF:  We are mere

11  civil servants.

**12      RODNEY MORRISON: _Was the meeting what you wanted today?_**

**13**      Trotta, you want more time?  You want me to do like 125

14  days a year, maybe 225?  Really. **_Be honest_**. How

15  much do you want me to do, 25, 30?

16      DETECTIVE TROTTA:  I think 18 is a

17  gift.

18      RODNEY MORRISON:  Huh?

19      DETECTIVE TROTTA:  I think 18 is a

20  gift.

21      RODNEY MORRISON:  They can have it

22  back.

23      DETECTIVE TROTTA:  It is half of

24  what you can get **_on the bottom charge_**.

25      RODNEY MORRISON:  We feel in our

1                                    4

2     own heads for our own stupid reasons we

3     can beat **_99.9 percent of the things you have_**.

4          DETECTIVE TROTTA: **_Then go to trial_**. I've got news

5     for you, **_Shargel does not want to go_**.

6          RODNEY MORRISON:  **_Oh, he wants to go_**. (inaudible)

7          DETECTIVE TROTTA: **_They want a new boat._** Exactly, it is

8     all about the money.

9          RODNEY MORRISON:  They think that

10    is good enough.  Maybe it is.  Guess

11    what, maybe it is just not.  Maybe it is

12    just not good enough.  Lose three of

13    them; on LOSE 2 OF THEM IM STILL SCREWED.

14         DETECTIVE TROTTA:  One is a tax

15    case is potentially horrible.

16         RODNEY MORRISON:  **_That's the least of my problems_**.

18         DETECTIVE TROTTA:  I don't want to

19    talk about it. **_Let's talk about the snow._**

20         RODNEY MORRISON:  I am with you

21    today on this one.  You can't gag my

22    mouth.

23         DETECTIVE TROTTA:  I could try

24    though.

25         RODNEY MORRISON:  You can't gag

5

1

2      me.  It is against the law.  What do you

3      want, 25 FROM or me?

4             DETECTIVE TROTTA:  No, I said 18.

5      Listen.

6             RODNEY MORRISON:  You said 18?

7             DETECTIVE TROTTA:  I wouldn't be

8      happy with it, but what am I going to

9      do?

10            RODNEY MORRISON:  Would you prefer

11     25, more time?

12             DETECTIVE TROTTA:  I think

13     [**LI Criminal Division Chief**] Gary [**Brown**] summed it up very

14     good when he said good negotiations is when everyone

15     leaves ***feeling*** like they lost.

16            RODNEY MORRISON:  I don't know

17     about that.  I know you are talking

18     about the Sherwin Henry family and you may be right.

19     ***Maybe I should spend the rest of my life in jail.***

20             DETECTIVE TROTTA:  I didn't say

21     that.

22            RODNEY MORRISON:  But if I hired a

23     hit on somebody, yes, I should spend the

24     rest of my life in jail.  But I ***feel*** did not---.

25     ***DETECTIVE TROTTA: If you feel you did not ---***

1                                    6

2          RODNEY MORRISON:  If I feel that

3     way you feel different, right?

4          **_DETECTIVE TROTTA: If you feel you did what?_**

5          **_RODNEY MORRISON: Forget that part, forget that part._**

6          DETECTIVE TROTTA:  <u>Whatever.</u> Don't talk. **_<u>You can get</u>_**

7          **_<u>in trouble</u>_**.  You can get yourself in trouble.

8          RODNEY MORRISON:  **_Let's talk about this negotiation thing_**.

9      I don't want to go to trial, but I have no

10     choice.  I will see how it comes out.

11     You'll be there of course.  You are the

12     star witness.

13          DETECTIVE TROTTA:  No, actually

14     that is the funny thing.  I am not

15     really, you know, it is everything else,

16     not me.

17          RODNEY MORRISON:  You won't be

18     there at all?

19          DETECTIVE TROTTA:  No, I will be

20     there.

21          DETECTIVE GOZOLOFF:  You know what

22     it is.

23          DETECTIVE TROTTA:  I didn't see

24     anything, I didn't witness anything.

25     DETECTIVE GOZOLOFF:  You **_<u>didn't</u>_** confess[]

1                                                  7

2          to him.  He didn't see anything.  They

3          call in the people.

4               DETECTIVE TROTTA:  It is possible

5          I may never get there.

6               RODNEY MORRISON:  I would **_like to_**

7          get you on the **_stand_**.

8               DETECTIVE TROTTA:  Go ahead.  All

9          I can say is what people told me.

10         That's it.  You never lie.  They never

11         lie.

12              DETECTIVE GOZOLOFF:  Even in trial

13         they don't want to hear what people tell

14         me, they want to hear what people tell

15         the judge.

16              RODNEY MORRISON:  There is so much

17         lying going on.  I heard lies even in my

18         bail PACKAGE.  I don't play with these

19         people.  I don't want to play with these

20         people at all.

21              DETECTIVE TROTTA:  The federal

22         government?

23              DETECTIVE GOZOLOFF:  Anybody get on

24         any good cases with you?

25              RODNEY MORRISON:  Anybody?

1                                    8

2          DETECTIVE GOZOLOFF:  In jail, it is

3     all junkies and crackheads?

4          RODNEY MORRISON:  The Gotti

5     codefendant.

6          DETECTIVE GOZOLOFF:  Really?  How is

7     that going?

8          RODNEY MORRISON:  Okay, I guess.

9     It is all in the papers and who is not

10    --

11         DETECTIVE GOZOLOFF:  You know they

12    are doing organized crime guys like

13    Peter Gotti for shit that happened 25

14    years ago and these guys are going to

15    fucking jail.

16             Let's say you are talking a

17    lot of people lie and people aren't good

18    witnesses, they are all shitheads.

19    Every witness on those cases, the only

20    ones testifying are the ones they are

21    making a deal.  Sammy the Bull did 18

22    fucking murders and they took his

23    testimony.  You know what happened.

24    (Inaudible)

25         RODNEY MORRISON:  It is

1                                    9

2          unbelievable the way that somebody's

3          words mean so much.

4               DETECTIVE TROTTA:  Someone said

5          that the federal government is a giant

6          bear, it is very slow.

7          RODNEY MORRISON:  Who said that? ***It puts its arm around***

8          ***You.***

9               DETECTIVE TROTTA:  It is over.

9               RODNEY MORRISON:  You are in

10         trouble.  Actually, you know, believe it

11         or not because, ***I'm in there a lot, people***

12         ***win not a lot, but people win***.

13              DETECTIVE TROTTA:  You usually win

14         a piece, a part, something.  If they are

15         still in there they didn't win.

16              RODNEY MORRISON:  You are saying

17         18 years in jail?

18              DETECTIVE TROTTA:  It is really

19         only 15.  It is really only 15 to you.

20              RODNEY MORRISON:  I like the way

21         you act like it is nothing, 15 years.

22              DETECTIVE TROTTA:  What?  You

23         know.

24              RODNEY MORRISON:  My son will

25         be --

```
1                                    10

2             DETECTIVE TROTTA:  Like someone

3       once said if you want to play you got to

4       pay.

5             RODNEY MORRISON:  That's true.  My son is 15,

6       16, he will be 31 years old.

7             DETECTIVE GOZOLOFF:  It is better

8       than him being 60.

9             RODNEY MORRISON:  You know what,

10      words for the better to pay the guy

11      who's doing double life.

12            DETECTIVE GOZOLOFF:  You probably

13      read about this.  This cop Wright, the

14      highway cop, you know how much fucking

15      time he got?

16            DETECTIVE TROTTA:  He got eight

17      years.

18            DETECTIVE GOZOLOFF:  He got eight

19      fucking years.

20            RODNEY MORRISON:  What did he do?

21            DETECTIVE TROTTA:  Apparently he

22      pulled girls over and if they were drunk

23      he said take your top off and I won't

24      give you a DWI.  He got eight years.

25            DETECTIVE GOZOLOFF:  He was in there
```

1                                                         11

2          eight fucking years.  And if he went to

3          trial it would be 25 years and he didn't

4          do nothing.

5               DETECTIVE TROTTA:  He never laid a

6          hand on one of them.

7               DETECTIVE GOZOLOFF:  One of the

8          biggest reasons is because he was a cop.

9          That is all they fucking need to hear.

10              DETECTIVE TROTTA:  That is what

11         you actually have to worry about.  If

12         ***it hits the papers*** and you only got

13         18 years.

14              DETECTIVE GOZOLOFF:  He never

15         touched them, never laid a hand on them.

16         Just by using his authority to take

17         their tops off and half of them did it

18         on their own.

19              DETECTIVE TROTTA:  If people are

20         upset in the papers that you only got 18

21         years.  It doesn't matter.  It doesn't

22         have nothing to do with that.  Exactly.

23         Someone starts complaining you only got

24         18 years.

25         ***RODNEY MORRISON: I'm not that famous.***

1                                    12

2          DETECTIVE GOZOLOFF:  There are people that do murders that

3     nobody knows about.  Some black kid kills a kid that

4     nobody knows about, he gets 15 and out

5     in 12 for an intentional murder.

6               DETECTIVE TROTTA:  That is not in

7     the federal system.

8               DETECTIVE GOZOLOFF:  What I am

9     saying is nobody gives a shit.

10              DETECTIVE TROTTA:  How is your

11    wife doing?

12              RODNEY MORRISON:  Okay.

13              DETECTIVE TROTTA:  I am not

14    allowed to ask any questions.  Retract

15    that question.

16              RODNEY MORRISON:  She was **_mad you_** came by the

17    house. SHE CALLED THE LAWYER.

18              DETECTIVE TROTTA:  I am just not

19    allowed to question her.  No, actually

20    no, I am allowed.  Technically I am

21    allowed to.  I can.  There is nothing to

22    say that I can't talk TO HER.  She is not the

23    target of any investigation.

24                   (Inaudible)

25              DETECTIVE TROTTA:  She can say I

1                                    13

2          don't want it talk and I will walk away.

3          **_I'm not going there anymore. I did what I had to do._**

4                 DETECTIVE GOZOLOFF:  For any case,

5          anybody that we talk to if we are taking

6          them into custody we interrogate them

7          and read them their rights.

8                 DETECTIVE TROTTA:  If they are a

9          target of our investigation.

10                DETECTIVE GOZOLOFF:  Somebody got

11         killed, do you know anything about that?

12         You can say fuck you.  But people start

13         talking and you listen.  It is all

14         common law right of English.

15                RODNEY MORRISON: I'M READY TO START THIS TRIAL I CAN
TELL YOU THAT.

16                DETECTIVE TROTTA:  You want to

17         start it?

18                RODNEY MORRISON:  Absolutely.  **_One or the other_** I

19         can tell you I wasn't talking about

20         that.  Either **_let's make a_** deal or let's go to

21         trial.

22                DETECTIVE TROTTA:  (Unintelligible)

24                RODNEY MORRISON:  That was different.  **_That was_**

25         **_Henry back then._**  I don't know why he is up

1                                        14

2          with me, I don't know why.

3                    DETECTIVE TROTTA:  Who?

4                    RODNEY MORRISON: ***Why he stopped the meeting. Let's go***

5          ***to trial.  Yes or no?***

6                    DETECTIVE TROTTA:  That's up to

7          you.

8                    RODNEY MORRISON:  That dude is on

9          my butt. ***The other man***.  Hello woman, forget about it.

10                   DETECTIVE TROTTA:  She is new? ***I'm not asking you a***

11         ***question***. Don't answer me.

12                   RODNEY MORRISON:  She is mess.

13                   DETECTIVE TROTTA:  She is a mess.

14                   RODNEY MORRISON:  She is just

15         gross.  She is just a bigger person to

16         fight.  If you are six-two, I am sorry,

17         too small.

18                   DETECTIVE TROTTA:  That might not

19         be you.

20                   RODNEY MORRISON:  She is not.

21         That is why she is mean, so I can have

22         any standing.  So she can go to trial on

23         all we have.  Let's not go another six

24         months.

25                   DETECTIVE TROTTA:  Shargel

1                                          15

2      is a very smart guy, I am sure--

4           RODNEY MORRISON:  I am thinking in

5      my mind.

6           DETECTIVE TROTTA:  I don't think

7      he wants to go to trial.  Money wise

8      maybe.

9           DETECTIVE GOZOLOFF:  Pete told me

10     this guy Sino, Sano, the head of the

11     -- (Inaudible) Is he in there with you?

12          RODNEY MORRISON:  No, he moved.

13          DETECTIVE GOZOLOFF:  He was though.

14          RODNEY MORRISON:  That's

15     right.

16          DETECTIVE GOZOLOFF:  You know he

17     fucking flipped.

18          RODNEY MORRISON:  Yup.

19          DETECTIVE GOZOLOFF:  You know why?

20     The death penalty and the wife.  The

21     wife kept the house and he was going to

22     get life.

23          RODNEY MORRISON:  He already got

24     life.

25          DETECTIVE GOZOLOFF:  Yes, he got

16

1

2     life, but he is not going to get killed.

3          RODNEY MORRISON:  He wore a wire.

4          DETECTIVE GOZOLOFF:  Yes, but the

5     families are intermingled.  They talk to

6     each other, shit like that.  All these

7     different guys -- (Inaudible)

8          RODNEY MORRISON:  The first crime

9     boss ever.  See, he wasn't scared all

10    the fighting.  The fight got knocked out

11    of him.

12         DETECTIVE TROTTA:  They forget.

13    (Inaudible)

14         DETECTIVE TROTTA:  Did you see the

15    stuff behind all that crap behind Ronnie

16    Bell's shop?

17         RODNEY MORRISON:  Oh, forget about

18    it.  I have been there.

19         DETECTIVE TROTTA:  I am not

20    talking to you.  I am talking to Timmy.

21         RODNEY MORRISON:  I can't say?

22    Shut me up.  I have been there, it has

23    been there for years.

24         DETECTIVE TROTTA:  It is

25    construction debris or something.  That

1                                        17

2       piece of waterfront property, beautiful.

3       (Inaudible)

4            DETECTIVE TROTTA:  It is gorgeous.

5       Those guys are making millions.

6            RODNEY MORRISON:  (Inaudible)

7            DETECTIVE TROTTA:  My fault.

8            RODNEY MORRISON:  Yeah, many.  The

9       statement you make, what is the point?

10           DETECTIVE TROTTA:  I am going to

11      make another statement.  You can't lose

12      sight of the fact that a young guy was

13      killed.

14           RODNEY MORRISON:  I understand

15      that.

16           DETECTIVE TROTTA:  And there is a

17      little baby who is not going to have a

18      father.

19           RODNEY MORRISON:  My son won't

20      have a father either.  Don't we all know

21      -- bringing it up now, you know, I made

22      a statement to you like anything else.

23      They put aggression there, that wasn't

24      it.  I was pissed.

25           DETECTIVE TROTTA:  I am not

1                                              18

2       here to make you happy.

3              RODNEY MORRISON:  What has

4       been accomplished?  Nothing has been

5       accomplished.  I go to trial, it's

6       nothing.  Let's try to work this thing

7       out.

8              DETECTIVE TROTTA:  The point of

9       the matter is -- I hear what you are

10      saying -- is that you feel for some

11      reason you should get less than that.

12      And I was trying to point out that there

13      is a little boy who is never going to

14      play with his father.  There is a mother

15      who is never going to have a son.  And

16      whether you are responsible or not we

17      can't lose sight of that fact.

18             RODNEY MORRISON:  I know that.

19      And now that you said that you think I

20      have another bad memory?  We know it

21      already.

22             DETECTIVE GOZOLOFF:  I wasn't even

23      there, but it is your attorney's job to

24      minimize damage and your job not to.

25      When we do cases, you don't get a cut of

1
2    it.  Believe it or not most cops,

3    especially that get involved, they do

4    because there is a sense of right and

5    wrong.

6        RODNEY MORRISON:  He did a job, great. He did a great

7    job. **_He put a great case together_**.

8    **_Everthing's in the DA's hands._**  Now let's make

9    our statement and let these guys handle it

10    out so we can get past this thing.

11        DETECTIVE GOZOLOFF:  This is

12    something that is human nature that

13    happens.  It happens all the time.  You

14    feel like you are the advocate because **_his mom isn't there,_**

15    you [**_he_**]? can't speak for itself [**_himself?_**].

16        DETECTIVE TROTTA:  You know

17    that I speak to his mother once a week.

18        RODNEY MORRISON:  That is **_wonderful_** of

19    you.  That is very, very great.  That is

20    nice.  Maybe you can make it 40,

21    that's great.

22        DETECTIVE TROTTA:  You don't have

23    to, I do.

24        RODNEY MORRISON: **_That's great_** for negotiating

25    purposes, even trial whatever, a lot of

1                                                    20

2          waste of time.  Nothing has been

3          accomplished.

4                    So what happens now?  Nothing

5          moves.

6               DETECTIVE TROTTA:  That is the way

7          the government is.

8               RODNEY MORRISON:  Nothing moves.

9               DETECTIVE TROTTA:  You could have

10         said I will take the 18 years as a,

11         ***take it as a*** gift and go on.

12              RODNEY MORRISON:  I will go to

13         trial and that is it.

14                    DETECTIVE TROTTA: ***Then go to trial.***  It is like

15         rolling the dice.  It is very plain in

16         black and white.  ***Very plain***.

17              RODNEY MORRISON:  To you it is.

18         In your eyes.

19              DETECTIVE TROTTA:  I would be

20         kissing Brown's ass right now.

21              RODNEY MORRISON:  From your

22         point of view I understand, I agree with

23         you a hundred percent.  What you know

24         and what you belive and the information

25         they gathered, fine, YOUR RIGHT that's what you

1

2    believe.  What a mess.

3          DETECTIVE TROTTA:  There are two

4    sides, absolutely.

5          RODNEY MORRISON:  I know there are

6    two sides.  What a mess that was today.

7    That was disgusting.  Probably know this

8    guy three months ago.

9          DETECTIVE GOZOLOFF:  Did people

10   get the chicken pox or something?

11         RODNEY MORRISON:  This is not my

12   year on that.  Somebody caught chicken

13   pox and it shut the whole unit down for

14   a month and a half.  Nobody goes

15   nowhere, no lawyer visits, no personal

16   visits.  No lawyer visits.  No personal

17   visits at all.  Zero.  You could not

18   leave the room.

19          And then after we get off it,

20   finally, because every has to take blood

21   tests to see who was high immune and low

22   immune.  Out of 122 guys they get rid of

23   maybe 20.  After 20 guys are gone, maybe

24   ten days later they let loose.

25          In their right mentality they

1                                        22

2          just decide to bring the guys back to

3          test in the incubation period.  Guess

4          what, bang again.

5                    DETECTIVE **_TROTTA_**:  Did anybody

6          actually get it?

7                    RODNEY MORRISON:  In my unit

8          no.  Somebody got on the floor and

9          that's it.  What a mess.

10                   DETECTIVE GOZOLOFF:  My two kids got

11         it, they were sleeping in the bed --

12         (Inaudible)

13                   RODNEY MORRISON:  Let me tell you,

14         are you a captain?  What is your rank?

15                   DETECTIVE GOZOLOFF:  Sergeant.

16                   RODNEY MORRISON:  I was pissed at

17         your guy today.  **_He just blew the whole meeting_**.

18                   DETECTIVE GOZOLOFF:  I get

19         pissed at him every other day.  He is a

20         pain in the ass.

21                   RODNEY MORRISON:  Goodness

22         gracious.

23                   DETECTIVE TROTTA:  Rodney,

24         hypothetically speaking, if you were the

25         parent of someone that had something

1                                              23

2      happen, would you or would you not want

3      me there?

4           RODNEY MORRISON:  Yeah, I am

5      agreeing WITH YOU.

6           DETECTIVE TROTTA:  How can you

7      argue with it when you are agreeing with

8      me saying you would want me fighting in

9      your corner?  How can you disagree?  How

10     could you be upset?

11          RODNEY MORRISON:  What were

12     you fighting for?

13          DETECTIVE TROTTA:  A fair and

14     balanced sentence, that is what I am

15     fighting for.

16          RODNEY MORRISON:  Okay.  Meanwhile

17     the meeting was ended.  You made that

18     statement and that was it.  So there is

19     no fair and balanced statement.  ***I mean sentence***.

20          DETECTIVE TROTTA:  Okay.  That

21     was fair and balanced.  That kid can't

22     talk, I spoke to him.

23          RODNEY MORRISON:  Can you speak

24     for him again?

25          DETECTIVE TROTTA:  Sure.

1                                          24

2              RODNEY MORRISON:  Nobody gets

3         anywhere.

4              DETECTIVE TROTTA:  Then it won't

5         happen.

6              RODNEY MORRISON:  Nobody is

7         winning there.

8              DETECTIVE TROTTA:  Then go to

9         trial.

10             RODNEY MORRISON:  I go to trial.

11        I **_blow_** trial, I lose.

12             DETECTIVE TROTTA:  You will get

13        life.

14             RODNEY MORRISON:  Double life,

15        triple life.  I am dead.  Now what?

16             DETECTIVE TROTTA:  Nothing.

17        Justice was served.

18             RODNEY MORRISON:  Any restitution

19        to the family?  **_The mother get a better car_**?

20             DETECTIVE TROTTA:  They could give

21        a shit about the mother.

22             RODNEY MORRISON:  Okay.  For the

23        mother?

24             DETECTIVE TROTTA:  She could care

25        less about restitution.  She could care

1                                        25

2    less.

3         RODNEY MORRISON:  I am saying to

4    you -- I agree with you.  But the other

5    way too, if you go to trial and you go

6    to jail; you get triple life, he hangs

7    it up tomorrow, does that make you

8    happy? *You accomplish something*?

9         DETECTIVE TROTTA:  No.  A bad guy

10   is off the street.  It is up to you if

11   you want to go for life or do 18 years.

12   *your* choice.  It is not my

13   choice, it is your choice.

14        RODNEY MORRISON:  You see

15   there are some bad guys in your life, I

16   am very sure.

17             (Inaudible)

18        DETECTIVE TROTTA:  I disagree.

19        RODNEY MORRISON:  Whether you let me out now or

20   25 years from now *or 45 years, I won't commit a crime*

21   *regardless, 2 years or 50 Million years, I think you know*

22   *that also.*

23   DETECTIVE *TROTTA*: I don't know that. I don't think you are

24   capable of not committing crimes.

25        RODNEY MORRISON:  Give me a break.

1                                    26

2        I think you like to hear yourself, I

3        don't know.  Anyway -- (Inaudible)  It

4        never got accomplished.

5             DETECTIVE TROTTA:  Don't blame me.

6        Listen, there is one person responsible

7        for you sitting in that car like that

9         and it ain't me.

10            RODNEY MORRISON: I agree with you on that one, I think

11         it was your—

12            DETECTIVE GOZOLOFF:  I think it was me.

13            RODNEY MORRISON:  What a mess.

14       DETECTIVE TROTTA:  It is Friday afternoon, **_we're sitting_**

15       **_in traffic._**   At my house there is no heat.

16            DETECTIVE GOZOLOFF:  My wife is home

17       and I got no kids at home now, this

18       afternoon.

19            RODNEY MORRISON: **_I don't want to go to court._**

20            DETECTIVE TROTTA:  Excuse me.

21            (TROTTA has cell phone conversation)

22            RODNEY MORRISON:  What happens

23       though?  On the other side the guy goes

24       to trial and beats everything and he

25       wals home.

1                                       27

2              DETECTIVE TROTTA:  See you later.

3       That is my job.

4              RODNEY MORRISON:  You lost

5       again.

6              DETECTIVE GOZOLOFF:  Certain things

7       aren't going to beat the tax.

8              DETECTIVE TROTTA:  Let me tell you

9       something hypothetically.  It has

10      nothing to do with your case.

11              Let's say you beat this on the

12      violent stuff, then you have the tax

13      issues that you are guilty of, the judge

14      can charge you separately for each

15      count.  He could say I know he did this,

16      so I am going to give you 60 years for

17      tax.

18              RODNEY MORRISON:  That is up in

19      the air.  Either way I was pissed off

20      about it.  I want to get this over and

21      done, whatever she is doing. ***I'm that kind of guy***.

22              DETECTIVE TROTTA:  I feel bad for

23      the kids to be honest.

24              RODNEY MORRISON:  What kids?

25              DETECTIVE TROTTA:  Your kids.

1

2      RODNEY MORRISON:  Nobody wins,

3  nobody wins.

4      DETECTIVE TROTTA:  There is no

5  winner in this.

6      RODNEY MORRISON:  No matter

7  how you do it nobody wins. Unfortunately Sherwin Henry

8  is gone and he has a wife and a son. ***Unfortunately,***

9  ***he has a wife and a son and I have a wife and a son***.

10     DETECTIVE TROTTA:  Everybody

11 loses.

12     RODNEY MORRISON:  Everybody

13 loses.

14     DETECTIVE TROTTA:  Luckily your

15 brother is taking care of the little

16 guy.  He did the honorable thing.  He is

17 making a frecken fortune.

18     RODNEY MORRISON: ***Unfortunately, nobody wins***.

20     DETECTIVE TROTTA:  A horrible,

21 horrible situation for everybody.  A

22 never never job for all of you people.

23     DETECTIVE GOZOLOFF:  Don't you

24 feel sorry, the job that we do?

25     RODNEY MORRISON:  I wonder if

1                                         29

2      it really bothers you.  It might bother

3      the captain, this guy *I don't know about* --

4          RODNEY MORRISON:  Captain? You are a captain, aren't you?

5          DETECTIVE GOZOLOFF: No sergeant. *You can call me captain*.

6          RODNEY MORRISON: Are you ever going to become a

7          going to become a captain?

9          DETECTIVE GOZOLOFF:  No.

10             RODNEY MORRISON:  You are

11     going to retire a sergeant?

12             DETECTIVE GOZOLOFF:  As a sergeant

13     you still get to play cops and robbers.

14     When you are a captain it is more

15     administrative. Or a lieutenant --(Inaudible)

17             RODNEY MORRISON:  This weekend,

18     this trial, make the deal and move on.

19             DETECTIVE TROTTA:  It is going to

20     be a year.

21             RODNEY MORRISON:  A year for what?

22             DETECTIVE TROTTA:  At least a year

23     for trial.

24             RODNEY MORRISON:  Fine, then get

25     the dollar rolling.

1                                                    30

2              DETECTIVE TROTTA:  Tell them that.

3              RODNEY MORRISON:  Oh, I will.

4              DETECTIVE TROTTA:  I get to work

5         straight days.

6              (Telephone conversation)

7              RODNEY MORRISON:  I didn't even tell you this one.

8              **_Sargeant, ready for this one? I hope you're sitting good._**

9              GOZOLOFF:  Oh, no.  **_Let me get belted in_**.

10             RODNEY MORRISON:  15 **_Million_**  16 million. 15 million?

11        18 years and 15 million dollars.

12             **_GOZOLOFF:_** What is 15 million to you?

14        million to you?

15             RODNEY MORRISON:  **_Yeah,_** okay.

16             DETECTIVE TROTTA:  Your own guy

17        said you made 80,000 a day.

18             RODNEY MORRISON:  **_Once again_**, he said he never

19        said that. He claims,  claims he never told you –

20             TROTTA:  **_They say one thing and tell you another_**.

21             **_RODNEY MORRISON:_**  People lie. Either way,

22        whatever he is talking about.  Either

23        way, they want me to say.  Anyway, 18

24        million dollars, 15 million dollars.

25             DETECTIVE GOZOLOFF:  Make it 20 and 13.

1                                                    31

2          Can you buy your way out of jail?

3                RODNEY MORRISON:  No.

4                DETECTIVE TROTTA:  They definitely

5          won't do that

6                **_GOZOLOFF_**:  They don't like that

7                RODNEY MORRISON:  There can [**_can't?_**] be another

8          Negotiation.  From what I heard today there is no

9          Neogiating; let's just go to trial.  **_Call it a damn day_**

10               **_TROTTA: Roll the dice_**

11               RODNEY MORRISON.  Don't get me wrong, I am not

12         BS-ing nobody, I don't want to fight with these

13         guys but so be it

14               TROTTA:  I am not going to ask you another question.

14               GOZOLOFF:  You know what happens in cases

15         like this? **_It gets tense and then it calms down_**.

16               TROTTA:  Gary Brown is

17         pretty firm.  He ain't going anywhere.

18               MORRISON:  Not with this

19         guy around for sure.  My lawyer doesn't

20         like Brown.

21               DETECTIVE TROTTA:  He don't like

22         Brown.

23               DETECTIVE GOZOLOFF:  Gary Brown

24         is a tough guy.

25               DETECTIVE TROTTA:  He went to

1                                        32

2          Harvard or Yale or some shit.

3              RODNEY MORRISON:  You, you are a

4          lawyer?

5              TROTTA:  No, Gary Brown.

6              GOZOLOFF:  (Inaudible)

7              RODNEY MORRISON:  He is pretty

8          sharp though.

9              GOZOLOFF:  He is a

10         magician.  An actual magician.

11             TROTTA:  How many years

12         do you think he should do?

13             RODNEY MORRISON:  Me?

14             DETECTIVE TROTTA:  I am not asking you a question.

15         ***I don't want to be accused of harassing you.***

16             DETECTIVE GOZOLOFF:  I don't know.

17         My old man was a homicide detective.

18             DETECTIVE TROTTA:  So what do you

19         think he should do?

20             DETECTIVE GOZOLOFF:  I don't even

21         know.  What is the offer?

22             DETECTIVE TROTTA:  Eighteen.

23             RODNEY MORRISON:  Let me ask you

24         something.  What am I really actually

25         guilty of, fact?

1                                                      33

2          DETECTIVE GOZOLOFF:  What are the

3    crimes?

4          DETECTIVE TROTTA:  Don't ask him

5    anything.

6          DETECTIVE GOZOLOFF:  I am asking

7    Trotta.

8          DETECTIVE TROTTA:  Actually, the

9    idea was because in the federal system

10   murder is either life in prison or death

11   penalty.  So the plea was to plead in

12   the state; they would give him 15 or 18

13   years.

14         DETECTIVE GOZOLOFF:  On a state

15   charge?

16         DETECTIVE TROTTA:  On a state charge.

17   And run it concurrently with the arson and racketeering,

18   other bullshit. So he will do 15

19   get 18 and do 15.  He will be out when he is 53

20   ***That's why I brought up that point about Shargel*** [being 60]

22         RODNEY MORRISON:  I will tell you

23   one thing, I will never plead guilty to

24   nothing I didn't do.  So that is out the

25   window.

34

1

2          (Inaudible)

3          DETECTIVE TROTTA:  I am not

4     talking to you.  Explain felony murder.

5          DETECTIVE GOZOLOFF:  Felony is

6     25 to life.

7          DETECTIVE TROTTA:  He described that.

8     If the three of us rob a bank.  I wait at home

9     and you plan it. ***Timmy kills someone***; you rob

10    the bank --

11         DETECTIVE GOZOLOFF:  I gave you the

12    gun and you drove.

13         DETECTIVE TROTTA:  I gassed the

14    get-away car and knew you were doing it,

15    something like that.  I actually think

16    that is a fucked up thing.

17              Think about a guy who is going

18    with someone who robs a bank and has

19    nothing to do it and he kills him.  That

20    is the law.

21         DETECTIVE GOZOLOFF:  That is why one

22    guy gets 15 and the other guy he gets

23    25.

24         RODNEY MORRISON:  That happened to

25    a guy actually.  A guy that went to rob

1

2          someone, was robbing a drug dealer, and

3          he was with this guy and the guy pulled

4          a gun and shot the guy.

5               DETECTIVE TROTTA:  And the other

6          guy gets it.

7               RODNEY MORRISON:  I think what

8          happened was he pleaded out.  The

9          shooter went to trial and he got 25 to

10         life.

11              DETECTIVE TROTTA:  Here is the

12         problem.  The federal system -- I am not

13         talking about your case at all --  if

14         something like that happened and

15         somebody told them to beat him up it is

16         like 35 years.  It is worse than the

17         murder.

18              RODNEY MORRISON:  When they rob

19         the drug dealer, the guy who shot him

20         still -- I don't know where that came

21         from.  It was in the paper I think.

22              DETECTIVE GOZOLOFF:  The guy that

23         was with him, he must show hey, I didn't

24         know he was going to kill them.  I am

25         there for the robbery, I didn't know he

1                                               36

2      was going to kill anybody.

3              You can plea and get less time

4      than him.  What happens very rarely

5      though, is the guy who pleads guilty to

6      felony murder and they say we will give

7      you 15 years instead of 25.  Then he get

8      beats at trial. **_It's extremely rare_**.

9              RODNEY MORRISON:  He pleaded ten

10     and the other guy got life.

11             DETECTIVE GOZOLOFF:  It depends too.

12             RODNEY MORRISON:  The guy got ten

13     years?

14             DETECTIVE GOZOLOFF:  He got ten

15     years.

16             RODNEY MORRISON:  And the guy that

17     was with him, and the other guy got

18     life.

19             DETECTIVE GOZOLOFF:  To get the ten

20     the guy has to turn around and go hey

21     man, I got nothing to do with that.  He just

22     pleads to the robbery. The **_allow him to plead to robbery_**.

23             RODNEY MORRISON:  It was in Maxum

24     Magazine.

25             DETECTIVE GOZOLOFF:  You get

1                                                    37

2        Maxum?

3              RODNEY MORRISON:  Yeah.

4              DETECTIVE GOZOLOFF:  That is a

5        great fucking magazine.

6              DETECTIVE TROTTA:  Hot girls in

7        that magazine.

8              DETECTIVE GOZOLOFF:  That is fine.

9              RODNEY MORRISON:  I read Page 22,

10       I think it is.  I read that funny part.

11             DETECTIVE GOZOLOFF:  The pictures

12       are good too.  You can see that on TV.

13             DETECTIVE TROTTA:  What is that

14       girl's name that I am in love with?  She

15       is older.  The girl on the TV program

16       there.

17             DETECTIVE GOZOLOFF:  Which one;

18       Desperate Housewives?

19               DETECTIVE TROTTA:  Yeah.

20               DETECTIVE GOZOLOFF:  Terry

21       Hatcher.

22             DETECTIVE TROTTA:  Oh, God.

23             DETECTIVE GOZOLOFF:  I don't know if

24       it is pretty new, it was in the office.

25       The Spanish chick in Maxum.  The rich

1                                      38

2      one.  She is on the cover.

3           DETECTIVE TROTTA:  Oh, boy,

4      Rodney, it is a big mess.

5           RODNEY MORRISON:  It is a damn

6      waste of time.  What a bad day.  Leave

7      me back there, I don't want to come down

8      here.  Don't come down here until you

9      are ready to start trial or take a plea.

10     Don't bring me for no status meeting.  I

11     am still in jail.  The fact is I am

12     still in jail.

13          DETECTIVE **_GOZOLOFF_**:  There is a

14     bright side.

15          RODNEY MORRISON:  What is the

16     bright side?  What do you mean?

17          DETECTIVE **_GOZOLOFF_**:  You are

18     working off your time.

19          RODNEY MORRISON:  I don't mind

20     being in jail.  I don't want to come out

21     here.  I asked for bail and you know

22     what, I am in jail.  Leave me down there

23     and give me an answer.

24          (Telephone conversation)

25          DETECTIVE **_GOZOLOFF_**:  So you know my life is like now.

1                                         39

2          ***You know what it is, believe it or not, he's***

3          ***Just passionate about it; but he's [TROTTA] a pain***

4          ***in the ass.  I always tell him about shit that—***

5          RODNEY MORRISON:  Who?

6          DETECTIVE GOZOLOFF:  Him.

7          DETECTIVE TROTTA:   If something happened

8     to someone in your family you would want me

9          RODNEY MORRISON:   ***Listen to me.***  If it happened

10         ***You can't change America. [inaudible] again tomorrow, next***

11         ***Week, Thursday.***

12         DETECTIVE ***GOZOLOFF***:  It happened today

13         TROTTA:  But I am not concerned about that.

14         RODNEY MORRISON:  You can't save the world. ***You can't go***

15         ***fighting everyone's fight.  You can't fight the world.*** I

16    learned that a long time ago.  You can be stressed and die

17    from a heart attack.

18         (TROTTA has telephone conversation)

19         RODNEY MORRISON:  I am ***mad at you,*** man

20    I never liked you anyway; now it makes it worse

21         TROTTA:  Rodney, guess what? I am not going to

22    lose any sleep over that.

23         RODNEY MORRISON:  I know, 'I don't give a shit'

24         GOZOLOFF:  You guys hanging out there for a couple of

25         Hours, you must be friends.

1

2       ***RODNEY MORRISON: I could choke this guy***

3       TROTTA:  Rodney?

4       RODNEY MORRISON:  Jesus Christ

5       TROTTA: Rodney, please

6       RODNEY MORRISON:  I know you hate me. Fine

7       TROTTA:  ***I don't hate you***.  This is strictly business

8       DETECTIVE GOZOLOFF:  I have to say, Rodney,

9       he doesn't hate you

10      TROTTA:  I find you very entertaining

11      GOZOLOFF:  Is it warm back there?

12      RODNEY MORRISON:  Entertaining. Is that good? ***No, I'm***

13      ***fine***

14      MORRISON:  That guy, I don't know what [why?] he did

15      that for, today

16      ***GOZOLOFF:  Talk about other things***

17      TROTTA:  I did it because Sherwin Henry couldn't

18      You are taking life too lightly

19      MORRISON:  You know what I am?  I am what I call a

20      religious person.  I know what happened,

1                                          41

2        and it is terrible,

3        and everybody is going to end

4        up losing.  And you know what, it has to

5        come to an end at some point.

6            DETECTIVE TROTTA:  Okay.  There

7        will be a trial and when it is over

8        there will be an end.

9            RODNEY MORRISON:  You want to go

10       to trial and so do my lawyers.  They

11       feel they can beat you and you feel you

12       can beat them.

13           DETECTIVE TROTTA: ***I could care less***.  If you honestly

14       sit down with Shargell, and you

15       ask him truly 'what are my odds,' I am

16       very confident he will say take a deal.

17       Don't go to trial on this one.

18           RODNEY MORRISON:  Do you believe

19       it will be any different?

20           DETECTIVE TROTTA:  I could be

21       wrong.

22           DETECTIVE GOZOLOFF:  Some attorneys,

23       and Shargell is like too ***top*** of the top.

24       But some attorneys that we dealt with in

25       the past, push this shit along, push

1                                              42

2        this shit along.  Shargell is fucking

3        loaded.  You see what I am saying?

4            RODNEY MORRISON:  Yeah.  You know

5        for the trial I am going to bring in

6        more lawyers, that's not it.

7            DETECTIVE TROTTA:  Oh,

8        investigators, a fortune.

9            RODNEY MORRISON:  Oh, forget about

10       it.

11           DETECTIVE **_GOZOLOFF_**:  You got to do

12       it.

13           RODNEY MORRISON:  There are going

14       to be two more lawyers coming on board.

15           DETECTIVE TROTTA:  At least, plus

16       investigators.

17           RODNEY MORRISON:  They are coming

18       this week.

19           DETECTIVE GOZOLOFF:  We have a had

20       little thing that is like a little monte follow the money-

21       (Inaudible)

22           DETECTIVE TROTTA: **_What does he say?_** I can say this.

23       What is that guy's name?  Pellosi got 25.

24           RODNEY MORRISON:  What happened?

25       Pellosi, he is a big guy.  He had his

1                                     43

2      father, mother, sister, whatever, his

3      girlfriend; everybody every single body

4      said he did it.  Every single body in

5      his life.  And he said it he did also. **_He had a wire on--_**

6           DETECTIVE **_GOZOLOFF_**:  The other thing

7      with him was no jury appeal.  Because he

8      is like an arrogant fuck.

9           DETECTIVE **_TROTTA_**:  This guy has no

10     jury appeal either.  They will crush

11     him.

12          RODNEY MORRISON:  Me, me?

13          DETECTIVE TROTTA:  You have no

14     idea what they would do to you.

15          DETECTIVE TROTTA:  Listen to me.

16     Listen to me.  They put people on and

17     describe how Rodney beat his wife.  Now

18     every woman on the jury will

19     fucking hate him.

20          RODNEY MORRISON:  Who is going to

21     describe that one?

22          DETECTIVE TROTTA:  I can put five

23     or six people on to say it.

24          RODNEY MORRISON:  That I beat my

25     wife? **_All lies_**.

1

2          DETECTIVE TROTTA:  Yes.

3          RODNEY MORRISON:  Oh, they are

4     fucking retards and dummies.

5          DETECTIVE TROTTA:  They will put

6     her on.

7          RODNEY MORRISON:  She will say the

8     same thing, they are fucking retards and

9     dummies.

10         DETECTIVE GOZOLOFF:  When I went to

11    Federal Court I beat -- (Inaudible)

12         DETECTIVE TROTTA:  He has no jury

13    appeal.

14              RODNEY MORRISON:  We will see.

15    I think we will see, unfortunately.  We

16    will definitely and positively see.

17         DETECTIVE GOZOLOFF:  The thing is

18    like going to trial for us doesn't

19    matter.  We go to work every day.

20         RODNEY MORRISON:  Listen to me, I

21    am not even scared.  It doesn't even

22    matter.

23         DETECTIVE TROTTA:  I don't think

24    you are scared.

25              RODNEY MORRISON:  I am not, it

```
 1                                          45

 2      doesn't even matter.

 3              DETECTIVE TROTTA:  It is basically

 4      this and this.  Should I roll the dice

 5      or should I take the deal; as simple as

 6      that.

 7              DETECTIVE GOZOLOFF:  Let's put it all on black;

 8      put it all on black.

 9              RODNEY MORRISON:  Yeah, what matters is your

10      getting in the way of one or another, that pisses me off.

11              DETECTIVE TROTTA:  I think you are sort of

12      making excuses.  I talked for less than

13      30 seconds.

14              RODNEY MORRISON:  What does that

15      mean?

16              DETECTIVE TROTTA:  I don't know; I

17      didn't stop the meeting.  It is your

18      lawyer.

19              RODNEY MORRISON:  This should get

20      done.  My thing is let's just get done

21      one way or the other.  We are going to

22      trial, fine.  We are not going to trial,

23      fine.

24              DETECTIVE TROTTA:  They waited out

25      there for you to say okay, I will take
```

1                                      46

2       it, let's go.

3           RODNEY MORRISON:  That was no negotiation.

4       *I'm not taking that*. Negotiating means there

5       are two sides.  Negotiation.

6           DETECTIVE TROTTA:  I am going to

7       repeat the same thing. *Timmy [GOZOLOFF]* Listen to this,

8       this is what I said.  I said me sitting

9       here listening to this, I see the fact

10      that we discuss that he is looking at 30

11      to 60 years and possibly life *or possibly death,* so he

12      takes the 30, cut it in half and it is

13      18.

14              We are offering half the

15      minimum he would get on any trial.

16      Jerry Shargell, how old are you? 60?  You

17      will have been out for seven years by

18      the time you are Jerry Shargell's age.  So

19      you will still have a ton of money and

20      *you will be on with your life*.

21          RODNEY MORRISON:  Money.  You,

22      know, money is nothing though.

23          DETECTIVE TROTTA: *It is nothing*. You would give

24      up every penny to walk out of here right

25      now, I am sure you would.

1                                              47

2              RODNEY MORRISON:  To walk away?

3              DETECTIVE TROTTA:  Yeah.

4              RODNEY MORRISON:  Who wouldn't?

5        Who wants to go to trial with the United

6        States government, besides Shargell?

7                 DETECTIVE TROTTA:  I think it

8        is a good **_deal_**.

9              DETECTIVE GOZOLOFF:  Besides the

10       attorneys.

11             RODNEY MORRISON:  Besides them

12       frecken retard attorneys.

13             DETECTIVE GOZOLOFF:  Did they talk

14       about the racketeering?

15             DETECTIVE TROTTA:  No.  That is

16       all done already, that shit.

17             DETECTIVE GOZOLOFF:  What do you

18       mean?

19             DETECTIVE TROTTA:  It is ready to

20       go.

21             DETECTIVE GOZOLOFF:  Did they get

22       the approval?

23             DETECTIVE TROTTA:  Yes, it is all

24       done.

25             RODNEY MORRISON:  Yup, I got that.

48

1

2          DETECTIVE TROTTA:  That is making

3     it worse.

4          DETECTIVE GOZOLOFF:  RICO murder

5     fucking is mandatory death.

6          DETECTIVE TROTTA:  No, mandatory

7     life.

8          DETECTIVE GOZOLOFF:  Death too.

9          DETECTIVE TROTTA:  He is not going

10    to get that.  That just drags it out.

11         RODNEY MORRISON:  Whatever we are

12    going to do, let's just do it.

13         DETECTIVE GOZOLOFF:  Eighteen

14    months?

15         DETECTIVE TROTTA:  It took 18

16    months to get it and say --

17         RODNEY MORRISON:  WASHINGTON you are

18    going to do.

19         DETECTIVE TROTTA:  The ball is in

20    your court.

21         RODNEY MORRISON:  It is in my

22    lawyers.  I wish it was in my damn

23    court, fruit cakes. Damn, man, you pissed

24    me off today.

49

1

2          DETECTIVE TROTTA:  Is she married,

3     that little girl?

4          RODNEY MORRISON:  She needs to

5     get some.

6          DETECTIVE GOZOLOFF:  Is she

7     cute?

8          RODNEY MORRISON:  No.

9          DETECTIVE GOZOLOFF:  Get a hot

10    lawyer and I will come.  You get a hot

11    lawyer and I will show up.

12         RODNEY MORRISON:  I am really

13    pissed.  I don't want to come to court.

14         DETECTIVE TROTTA:  Then don't go.

15         RODNEY MORRISON:  I wish I

16    couldn't.

17         DETECTIVE GOZOLOFF:  You probably

18    have to.

19         DETECTIVE TROTTA:  No, he doesn't

20    have to.  For a status hearing, that is

21    all.

22         (Telephone conversation)

23         RODNEY MORRISON:  You meet my dog

24    too.

25         DETECTIVE TROTTA:  Your dog?

1                                    50

2              **MORRISON: My whole life**

3              DETECTIVE TROTTA:  **I don't want to** talk to

4        you about this.

5              RODNEY MORRISON:  Unbelievable.

6              DETECTIVE TROTTA:  You haven't

7        dealt drugs in **four** years?

8              RODNEY MORRISON:  Actually, longer

9        than that. **I never dealt them, actually**

10             DETECTIVE GOZOLOFF:  Trotta, I am on

11       the phone with Pete.

12             DETECTIVE TROTTA:  Rodney, I have

13       talked to people at length.

14              RODNEY MORRISON:  I know, I

15       know.

16             DETECTIVE TROTTA:  This is what

17       you say.  One person says it, describes

18       it, take it with a grain of salt.  Two

19       people say it, independent.  Three

20       people say it, four people say it.  All

21       of a sudden they start painting a

22       picture and the stories are all the

23       same.

24             RODNEY MORRISON:  You are going to

25       have trouble with that.

1                                                    51

2              DETECTIVE TROTTA:  The stories are

3         all the same.

4              RODNEY MORRISON:  All the same

5         story.  What I heard, somebody told me.

6         That is probably what is going to happen

7         with your case, so you know that.  They

8         are going to say they seen me or they

9         are lying to you.  Evidence, tapes.  He

10        wants to FIGHT

11             DETECTIVE TROTTA:  We have hours

12        and hours and hours of tapes.

13             RODNEY MORRISON:  He has them too.

14        I don't want to fight that kind of

15        stuff.  I don't want to play around with

16        this thing.  I am mad, I can tell that

17        you much.

18             DETECTIVE TROTTA:  You know, I

19        don't feel sorry for you, you got

20        yourself where you are; but I understand

21        your frustration.

22             RODNEY MORRISON:  Let's go, one

23        way or the other.  I should be living in

24        Pennsylvania, stay home.  (Inaudible)

25             DETECTIVE TROTTA:  The ball is in

1                                          52

2        your court.

3               RODNEY MORRISON:  I wish it is.

4               DETECTIVE TROTTA:  It is.

5               RODNEY MORRISON:  I have to follow

6        my lawyers.

7               DETECTIVE TROTTA:  Of course.

8               DETECTIVE GOZOLOFF:  What is in

9        Pennsylvania?

10              DETECTIVE TROTTA:  **_He just gave an example--_**

11              RODNEY MORRISON:  **_I gotta make a decision_**. Let's get in

12       the car and drive, instead of fooling around

14              DETECTIVE TROTTA:  Historically, I know Gary, when he

15       Says something, that is it

16              MORRISON:  Then fine, that is where we are at

17       **_Bring me in for a reverse proffer; I don't know what's that_**

18       **_about_**

19              DETECTIVE ROTTA:  We didn't say it,

20       he brought it up.

21              RODNEY MORRISON:  Who?

22              DETECTIVE TROTTA:  We didn't want to do it

23              RODNEY MORRISON:  I thought that

1                                              53

2       came from Gary Brown.  Who wanted it?

3                DETECTIVE TROTTA:  I guess -- I

4       don't know.  I am not privy to all the

5       things they talk about, I don't know.

6                RODNEY MORRISON:  It can't be

7       them.  I asked to meet with him.

8                DETECTIVE TROTTA:  Gary Brown?

9                RODNEY MORRISON:  Absolutely.

10      I **_wanted to talk to him myself._**

11               DETECTIVE TROTTA:  The lawyers

12      hate that.

13               RODNEY MORRISON:  I know that.  I

14      am thinking they don't want me to talk

15      to them.

16               DETECTIVE TROTTA:  They know the

17      law.  They don't want you saying

18      something that might come back to bite

19      you.

20                  MORRISON: So then, **_tell them to give me the_**

21                  **_proffer for the day._** I am just talking about what

22                  happened, let me tell you what I know. **_Give him all the_**

23                  **_evidence that I have, and call it a day_**

24                    TROTTA:  But that might help us

25                  lock in things that we don't have locked in.

1                                                    54

2               RODNEY MORRISON:  Of course.

3               DETECTIVE TROTTA:  It is really

4          nothing -- this is how it was described

5          to me.  If you were going before a panel

6          and show this, there is no piece of

7          evidence we don't have, short of you

8          confessing saying I killed Sherwin

9          Henry.

10              RODNEY MORRISON:  We will find out

11         eventually.  Either way it is just a

12         mess.

13              DETECTIVE TROTTA:  It is a total

14         mess, Rodney.  Remember the first thing

15         I said to you, the first thing I said to

16         you?

17                   I am not asking you a question

18         here.  When you sat down in that FBI

19         office when you were arrested I said to

20         you, "What the hell were you thinking?"

21              RODNEY MORRISON:  Either way let's

22         just cop out -- not cop out, go to

23         trial.  Let's do something.  If they

24         thought that I can't beat it, then take

25         18 .  Do something.

1                                              55

2              DETECTIVE TROTTA:  That is your

3         decision.  I think you should talk to

4         your lawyer and say listen, can we beat

5         this?  Can you get me less than 18?  And

6         I think their answer if they are totally

7         honest and they should be is take the 18

8              **_MORRISON: They already said they will never beat it._**

9         They think they can beat it.  One thing we haven't

11        talked about, which I don't think anyone

12        has **_an idea_** about, is the tax thing.

13             DETECTIVE TROTTA:  It's a mess.

14             RODNEY MORRISON:  It is a **_damn_** mess.  I

15        am pissed .  I am a reasonable guy.

16             DETECTIVE TROTTA:  A little bit.

17             RODNEY MORRISON:  What is that?

18             DETECTIVE TROTTA:  You **_got like a, you don't want_**

19             **_to ever--_**

20             RODNEY MORRISON:  Have you seen my

21        temper today?

22             DETECTIVE TROTTA:  You've got like

23        a little -- you don't let people know

24        either.  If you are going to do

25        something, you do it.

```
1                                    56

2              RODNEY MORRISON:  I like the way

3         you got me so figured out.  You think

4         you know we me well.  You got me

5         pinpointed.

6              DETECTIVE TROTTA:  I am pretty

7         ***well down***


8              RODNEY MORRISON:  You are so

9         wrong.  All them snitches you got giving

10        you them stories, you are so wrong.  And

11        you are so worthless, all of you.

12             DETECTIVE GOZOLOFF:  Who?

13             RODNEY MORRISON:  All the stories

14        you here.  They are all going to be

15        knocked down in court, every single one

16        of them.  Anyway --

17             DETECTIVE TROTTA:  Let me ask you

18        this.  It is obvious we know about these

19        tattoos.  What do you think the jury is

20        going to think, normal people -- I am

21        not asking you any question -- these

22        women up there and they start showing

23        these at tattoos?  Those jurors are

24        going to go oh, my God, what is the hell

25        is with this guy?
```

1                                              57

2                    Whatever, you think whatever

3        you want.

4             RODNEY MORRISON:  You think I am

5        guilty of committing crimes because

6        there is a girl with tattoos, let's put

7        him in jail.

8             DETECTIVE TROTTA:  Nothing to do

9        with that, you know that and I know

10       that.

11            RODNEY MORRISON:  If a guy has

12       anal sex with his wife, let's put him in

13       jail.

14            DETECTIVE GOZOLOFF:  Not that there

15       is anything wrong with that.

16            DETECTIVE TROTTA:  That is not the point.

17            ***MORRISON:  I'm not worried about that.***

18            DETECTIVE GOZOLOFF:  Jury appeal.

19       The guy that fucks around on his wife,

20       who has a better chance of getting the

21       jury?  Even if they paid exactly the

22       same crime, the guy beats and fucks

23       around on his wife, kids hate him.

24            DETECTIVE TROTTA:  One person

25       after another is coming up saying the

1                                          58

2        same thing.  Rodney -- (Inaudible)

3             RODNEY MORRISON:  I am not afraid.

4        I told you.  I want to get -- the only

5        thing is today nothing is done.

6             DETECTIVE TROTTA:  I know.

7             RODNEY MORRISON:  That is what is

8        pissing me off.  That's it.

9             DETECTIVE GOZOLOFF:  You know what

10       my motto is with these guys, do

11       something.  That's it.  How many times I

12       say it, just do something.

13            MORRISON:  That's it.

14            DETECTIVE GOZOLOFF:  So I understand your frustration.

15            MORRISON:  If something was done today

16        GOZOLOFF: Believe it or not, today was another step

17       its a process

18            MORRISON:  I don't see what step that was

19            DETECTIVE GOZOLOFF:  I wasn't there.

20       Every time you come in and every day

21       goes by and every media attack something

22       is getting done

23            MORRISON:  I don't see

1                                                    59

2          that.  If something was getting done

3          today I didn't see it.

4               DETECTIVE GOZOLOFF:  Just the fact

5          that you come in and get shit out, and

6          he gets to say what he has to say.  Your

7          lawyer says it.

8               DETECTIVE TROTTA:  Every time the

9          lawyer -- he talks, the lawyers jump on

10         him.  He can't control himself.

11              RODNEY MORRISON:  Don't let me in

12         then.  Let them talk to you all and let

13         me stay in my cell.  Here I am in the

14         frecken cold with the guy throwing shit

15         all over the place.  Leave me in a cell

16         with a maniac for an hour and a half.

17                   They show up with a car with

18         no AC in there.  Come on, leave me in a

19         cell.

20              DETECTIVE GOZOLOFF:  You have a nice

21         trip going back.

22              RODNEY MORRISON:  Come on.

23         (Inaudible)

24              DETECTIVE TROTTA:  Are you in a

25         cell?

1                                        60

2              Okay, I am not asking any

3    questions.

4              RODNEY MORRISON:  I want to go

5    back to that cell.  Don't let me in,

6    that's it.  (Inaudible)

7                   I know when one thing, before

8    they get me out here again it is going

9    to be a problem.  They get me out here

10   to hold my hand **_and look at Trotta_**.  That is not the

11   answer.

12             DETECTIVE TROTTA:  Your wife was

13   wearing a beautiful mink coat, beautiful

14   earrings, and she came out and she was

15   wearing pajamas.

16             DETECTIVE GOZOLOFF:  Those coats are

17   warm.
              **_MORRISON:_** She **_was wearing pajamas?_**

18             DETECTIVE TROTTA:  She was wearing

19   pajama pants.

20             RODNEY MORRISON:  With her mink

21   coat?

22             DETECTIVE TROTTA:  Yes.

23             RODNEY MORRISON:  Well.  **_It's cold.  What time?_**

24             DETECTIVE TROTTA:  It was like

25   twelve o'clock.

```
 1                                   61

 2           RODNEY MORRISON:  That is what happens when you

 3      don't work.  I don't know nothing about the outside;

 4      ask me about jail, I've become an expert.

 6      I know how to light cigarettes

 7      now with a battery.

 8           DETECTIVE TROTTA:  There is

 9      cigarettes in there?

10           RODNEY MORRISON:  Yeah.

11           DETECTIVE TROTTA:  There is no

12      smoking.

13           RODNEY MORRISON:  You can get

14      it.

15           DETECTIVE TROTTA:  Peace Pipe

16      cigarettes?  I am not asking any

17      questions.  I am sorry, it was a joke.

18           RODNEY MORRISON:  Light cigarettes

19      with a battery.

20               DETECTIVE GOZOLOFF:  One

21      battery?

22           RODNEY MORRISON:  Yeah.

23           DETECTIVE TROTTA:  What do you do?

24           RODNEY MORRISON:  Strip of tin foil, take a cereal

25      box.
```

```
1                                          62

2              DETECTIVE GOZOLOFF:  Cigarette shop.

3              RODNEY MORRISON:  The cereal box,

4         it has aluminum foil part of it.  You

5         peel off the first layer and you have the

6         aluminum foil part of it and you take

7         the side of the battery -- I don't know

8         how to do it.  Touch the back of the

9         battery and the side of the battery, the

10        middle part and take the plastic off and it actually lights.

11             DETECTIVE TROTTA:  Really.

12             RODNEY MORRISON:  Oh, my goodness

13        gracious, that is unbelievable.

14             DETECTIVE GOZOLOFF:  You come out an

15        educated man.

16             RODNEY MORRISON:  Yeah.  I know how to light cigarettes.

17             DETECTIVE TROTTA:  You don't

18        smoke?

19             RODNEY MORRISON:  No, I don't.

20             DETECTIVE TROTTA:  If you were in

21        a plane crash and stranded on a deserted

22        island you could light a fire.

23             RODNEY MORRISON:  Yes, one

24        battery.  I never lit it myself, but I

25        figured it out.  Live and learn.
```

1                                              63

2       (Inaudible) **_how to make_**--.

3            DETECTIVE TROTTA:  Stealing the

4       shoe?

5            RODNEY MORRISON:  They come all

6       sizes.

7            DETECTIVE TROTTA:  Do you want to

8       go to Nassau **_[Correctional Center]?_**

9            RODNEY MORRISON:  Yeah -- no.

10      **_I don't give a damn._**

11           DETECTIVE TROTTA:  I think they

12      have more visiting, I am not sure.

13           RODNEY MORRISON:  Anybody can

14      visit me there.  Too many visitors is a

15      problem.  I like the limited phone

16      thing.  Otherwise I have too much phone

17      and they are talking to me too much; too

18      much aggravation.  I don't do the

19      outside right now.  **_I want my case done with_**.

20      It was **_supposed to be_** done today.

21           DETECTIVE TROTTA:  It is not my

22      fault.

23           RODNEY MORRISON:  Did you sing the

24      same old song about the kid we know, we

25      heard?  No one is going to forget.  It is a horrible thing.

1                                          64

2       It is not something that you blast it of your mind,

3       [*that] you don't remember anymore. It's terrible*

4           TROTTA:  That person can never walk

5       face of the earth again

6           ***RODNEY MORRISON:  We understand that***.

7           TROTTA: We are giving you the opportunity to do

8       it again in 15 years.  That is

9       unbelievable to me.

10      I would be looking -- that

11      poor kid can never do anything.  And

12      there is a whole distraught family;

13      their lives are ruined.

14      We are offering your life back

15      in 15 years.  That is a fucking gift.

16          RODNEY MORRISON:  ***That ain't [don't?] – Give me my life***

17      ***for that one.*** Thank you, but no thank you.

18      I appreciate the offer though.

19      How have you been doing, man?

20          DETECTIVE TROTTA:  Good.

21          RODNEY MORRISON:  I have to tell

22      you a personal secret.  Ready?  It was

23      my first Christmas without my wife and

24      my kids, and my first New Years.

25          DETECTIVE TROTTA:  What about the time you made

1                                      65

2          *[Joe]* Rambola fly to Tennessee or some shit? (inaudible)

3               **RODNEY MORRISON:  No, it wasn't Rombola—- Yeah,**

4          **you're right about that.**

5               DETECTIVE TROTTA:  You used to

6          have meetings all the time and he would

7          show up on Christmas.  Believe me, you

8          don't think that pisses people off?

9               RODNEY MORRISON:  As a matter of

10         fact, the last couple of years we

11         haven't been home for Christmas.

12              DETECTIVE GOZOLOFF:  Where have you

13         been?

14              RODNEY MORRISON:  Oh, traveling.

15              DETECTIVE GOZOLOFF:  Together?

16              RODNEY MORRISON:  Yeah.  And New

17         Years also.

18              DETECTIVE TROTTA:  Where is the

19         best place you ever went to?

20              RODNEY MORRISON:  I don't know.

21              DETECTIVE TROTTA:  Right now where

22         would you go?

23              DETECTIVE TROTTA:  Italy?

24              RODNEY MORRISON: **He's right**.  Yeah.

25         (Inaudible)  And cheese.  Cracker

1                                                        66

2          Barrel.

3                DETECTIVE TROTTA:  I know a lot.

4          You know what it is -- (Inaudible)

5                RODNEY MORRISON:  To make me

6          guilty of hot wings.

7                DETECTIVE TROTTA:  It makes you

8          guilty of liking hot wings.

9                RODNEY MORRISON:  I have been

10         charging myself.

11               DETECTIVE **_GOZOLOFF_**:  So anyway, Pete

12         said state police, they are not doing

13         it.  We can't do it.  I don't know who

14         is going to be doing it.  It is going to

15         do itself.

16               RODNEY MORRISON:  (Inaudible)

17               DETECTIVE TROTTA:  Rodney, I

18         actually feel sorry for your family, I

19         really do.  I swear to God I do.  I mean

20         their dad is not there.

21               RODNEY MORRISON:  Yeah.  If I am

22         such a terrible father, I beat my kids,

23         I am the worst father and husband in the

24         world probably.

25               DETECTIVE TROTTA:  Don't make any

1                                              67

2          admissions. ***Don't say anything***.

3               RODNEY MORRISON:  I am not worried

4          about that.

5               DETECTIVE TROTTA:  It is not

6          against the law to -- it is against the

7          law to hit your wife.  Corporal

8          punishment on your kids, you can

9          discipline them slightly.

10              RODNEY MORRISON:  I am old

11         fashioned; I will spank their butts.

12              DETECTIVE ***GOZOLOFF***:  You can hit

13         them, but you can't hurt them.

14              RODNEY MORRISON:  I am an

15         old-fashioned guy.  My mother spanked my

16         butt.

17              DETECTIVE TROTTA:  A lot?  Hard?

18              RODNEY MORRISON:  We are

19         passionate people.  You get in trouble,

20         you get beat.

21              DETECTIVE TROTTA:  Have you been

22         to Jamaica?

23              RODNEY MORRISON:  Absolutely.

24              DETECTIVE TROTTA:  How was it?

25              RODNEY MORRISON:  I liked it.

68

2        DETECTIVE TROTTA:  Where was it ---?

3        RODNEY MORRISON:  I don't know.

4        DETECTIVE TROTTA:  --- What part of

5        Jamaica **_is nice ---?_**

6        RODNEY MORRISON:  I don't know. **_I have a question_**.

7        DETECTIVE TROTTA:  I can't ask him

8        questions.  It was about your mom

9        spanking you.

10        RODNEY MORRISON:  Any other

11        person?

12        DETECTIVE **_GOZOLOFF_**:  You deserved

13        it.  Was your father around when you

14        grew up?

15        RODNEY MORRISON:  Yeah.

16        DETECTIVE GOZOLOFF:  He said that

17        last time.

18        TROTTA: I don't remember what he said.

19        DETECTIVE GOZOLOFF: I am looking

20        I am looking for a place to go

21        for my anniversary.

22        RODNEY MORRISON:  How many

23        years is your anniversary?

24        DETECTIVE **_GOZOLOFF:_**  Twenty.

25        RODNEY MORRISON:  I think my 16th

1                                            69

2      anniversary is coming up.

3            DETECTIVE *GOZOLOFF:*  Where would you

4      go?

5            RODNEY MORRISON:  I think you are

6      a mess, man.  I am going to fall in love

7      with you.  Now, really I don't know?

8            DETECTIVE *GOZOLOFF:*  Yes.  You are

9      like a world traveler. (Inaudible)

10           RODNEY MORRISON:  *A friend of mine went --- I can't*

11     *remember right,  now not Caracas.*

12           DETECTIVE *GOZOLOFF:*  Turks and

13     Caicos?

14           RODNEY MORRISON:  Have you been

15     there?

16           DETECTIVE *GOZOLOFF:*   No, I haven't

17     been anywhere, but I am looking.

18     Cancun.  It was fun.  We took

19     the kids.

20           RODNEY MORRISON:  Too much

21     commercial, too much young kids.  You

22     know.  Young kids like drinking; high

23     school, college.

24           DETECTIVE *GOZOLOFF:*   If you go

25     Spring Break.

70

1

2      RODNEY MORRISON:  We didn't go

3      then.

4          DETECTIVE GOZOLOFF:  We went in the

5      summer time.  It was nice.  Nice beach.

6          RODNEY MORRISON:  **_I thought Trotta was_** coming to get

7      me this morning.

8          DETECTIVE TROTTA:  You were

9      looking forward to me?

10         RODNEY MORRISON:  Yeah.

11         DETECTIVE TROTTA:  We get to sleep

12     late.

13         DETECTIVE GOZOLOFF:  My son's

14     girlfriend is going to Costa Rica.

15         RODNEY MORRISON:  Your son's

16     girlfriend, really?

17         DETECTIVE GOZOLOFF:  Yes, with

18     school.  We won't let him go.

19         RODNEY MORRISON:  Why?

20         DETECTIVE GOZOLOFF:  **_My Wife?_** Are you kidding

21     me?

22         RODNEY MORRISON:  Scared of

23     the country?

24         DETECTIVE GOZOLOFF:  My wife is

25     scared of everything.

1
2          He starts college in the fall.

3          It is like, 'No way.'

4               RODNEY MORRISON:  How are you

5          going to pay for it?  How are you making

6          the cost of it?

7               DETECTIVE GOZOLOFF:  We don't know yet.  He is getting

8          scholarship money and stuff like that.  It is goin to

9          cost me a fortune.  You got to do it for

10         your kids. Yeah, Costa Rica is $3,000.  *I'm paying*

11         *for college in the fall; I'm not paying for Costa Rica*

12              *RODNEY MORRISON: Do you get personally involved*

13              *in what Trotta does?*

14              *DETECTIVE GOZOLOFF:  I am not as*

15         *passionate as him.  You know.*

16         *I try to do the right thing.*

17         That is kind of how you are. Because you get,

18         just say they hire -- there is 3,000

19         cops in Suffolk County.  And out of the

20         3,000 cops there is probably a good

21         percentage of them that go there for the

22         paycheck.  And go there, get paid.  It

23         is a really nice job, and then there is

24         a good percentage because that is like

25         what you do.  It is like a priest.

1

2      RODNEY MORRISON:  *It's my luck I*

3   *have* to get one that falls in love with

4   the case *and stuff like that--*

5      DETECTIVE GOZOLOFF:  It is *hard* to

6   explain.  You look at a guy like Bill

7   Gates.  And he is the richest man in the

8   world; he built his business up from

9   nothing.  The guy is worth gazilions.  I

10   mean the guy is one of the richest men

11   in the world. Does he still go to work every day?

12   Is he still doing [*ventures?*] every year?

13   *He doesn't have to go to work, but he is who he is.*

14      RODNEY MORRISON:  Right.

15      DETECTIVE GOZOLOFF:  There are all different kinds *of*

16   *professionals, but know what it is? If it wasn't him [Trotta]*

17   *it would be someone else.*

18      RODNEY MORRISON:  I wish you called me ahead of time

19      *That I had to get a guy on my case that lives and*

20      *breathes this shit.*

21      *GOZOLOFF: If it wasn't him, it would be someone else.*

22      *TROTTA:  I will never forget the night I solved this*

23      *case.  Not even a year ago, about a year ago next week*

24      *During a blizzard, or a snow storm.  I called*

25      *everybody that night to say what is ---*

1                                                73

2

3          Hello.

4          (Telephone conversation)

5          DETECTIVE GOZOLOFF:  You run your

6   business and you don't sit there and

7   say why *I'm so ---  That is what I do*.

**8          *RODNEY MORRISON: Yeah, right.***

9   DETECTIVE GOZOLOFF:  His attorney,

10  every profession –

11         DETECTEIVE TROTTA: When this

12  is all over, I will tell you the whole story.

13         DETECTIVE GOZOLOFF:  When you were dealing with

14  politicians they are businessmen, a lot of money is what they

15  do, they do it for themselves because that is what they are.
    (Inaudible)

16  (Telephone conversation)\

17         *DETECTIVE GOZOLOFF: It's doing justice.  It's corny*

**18  *but it's true*.   It's what drives you.  *You know what I'm***

19  *saying?* You can probably understand what this is.

20  It is not somebody that doesn't give a shit.

21  That is somebody that cares. That is involved.

22  That becomes your life.  And it makes it worse.

```
1                                            74

2                    (Telephone conversation)

3              RODNEY MORRISON:  My whole idea **on what's going**

4         **on, in my head,** put it on the table, show

5         Trotta and everybody else what we know

6         for a fact.

7              **DETECTIVE TROTTA: I would never do that---**

8              **RODNEY MORRISON:  I want to do that.**

9              DETECTIVE TROTTA:  Oh, you want to do it?

10             RODNEY MORRISON: **That's what** I said let's tell them.

11        I don't want to hide it. Let's tell them what I did,

12        What happened, and then from there negotiate the rest.

13        **They don't want to do it.**

14             DETECTIVE GOZOLOFF:  There is a reason for that.

15        Because perhaps what you think is something **innocuous**, you

16        can get you 45 years.

17             DETECTIVE TROTTA:  That is why I

18        don't want you to talk.  I can
```

1                                          75

2    understand **_that_**.

3         DETECTIVE GOZOLOFF:  They are doing

4    their job.

5         DETECTIVE TROTTA:  They are doing

6    their job. **_You got to listen to them_**.

7         RODNEY MORRISON:  I know.  It is

8    almost twisted and turned.

9         DETECTIVE TROTTA:  This case could

10   be a book, there is no doubt about it.

11        **_MORRISON: Oh, oh, you can read it._**

13        DETECTIVE **_GOZOLOFF_**:  Unless you are

14     found not guilty you can't make any money off of it

15        **_RODNEY MORRISON: There's a lot more going on_**.

16   DETECTIVE TROTTA:  I am certain there are a few things

17     that I will be surprised with

18     RODNEY MORRISON:  I know more than you know

19   because it is me

20     DETECTIVE TROTTA:  I don't think so

21     RODNEY MORRISON:  How do you know **_more than me_**?

22   This is me.

23     GOZOLOFF: If this goes to trial, or doesn't go to

24     trial, it gets a little bit grayer.

25     DETECTIVE TROTTA:  There are a lot of things

26     in this case that I know

1                                                        76

2            the angle you would be using.  I am not

3            asking you any questions.  And I

4            basically, me and three other FBI

5            agents, put you right on top.

6                    RODNEY MORRISON:  Anyway, I am pissed off

7                    DETECTIVE TROTTA:  I would be too.

8                    RODNEY MORRISON:   We had a snowstorm.

9                    DETECTIVE TROTTA:  I have been **_a cop_** for 17 years

10           and it feels like yesterday. I was in the academy--

11                   RODNEY MORRISON:  **_Do they give people an upstate_**

**12**          **_jail someplace?_**

13                   DETECTIVE TROTTA:  I think they

14           give you choice whether you want federal

15           or Upstate.  **_I think federal is nicer._**

16                   RODNEY MORRISON:  They give me a

17           choice too?

18                   DETECTIVE TROTTA:  I don't know, I

19           am assuming **_they would.  What do they care?_**

20                   **_RODNEY MORRISON_**:  What happened

21           before is, as part of my plea, I am going

22           to plead guilty to this.  We had it.  I want to be up

```
                                        77
1

2        ***here, to be*** around my family, and they guarantee it.

3           DETECTIVE TROTTA:  They don't

4        guarantee anything.  It is a different

5        agency.  ***The BOP.***

6           RODNEY MORRISON:   ***They can't***

7        guarantee, any guarantee as long as you

8        are not a certain amount of, as long as

9        you are a certain amount for the law you

10       won't be 500 miles from your home.

11       Unless you are like this crazy guy

12       today, somewhere in Arkansas somewhere,

13       Texas.  I don't know where they take me.

14          DETECTIVE TROTTA:  What did that

15       guy do, supposedly?

16          RODNEY MORRISON:  I don't know.

17          DETECTIVE TROTTA:  Allegedly.

18          RODNEY MORRISON:  Rob Juggler

19       (Phonetic) is his name.  I don't know

20       you didn't see him, did you?

21          DETECTIVE TROTTA:  Never saw him.

22          RODNEY MORRISON:  The guy is

23       crazy.

24          DETECTIVE TROTTA:  It is

25       funny.  They told me I didn't have to
```

1                                    78

2       get you.  They were going to get those

3       guys, yeah, they are coming with some

4       crazy guy.

5                  RODNEY MORRISON:  You knew

6       ahead of time?

7                  DETECTIVE TROTTA:  Yeah.

8                  RODNEY MORRISON:  Son of a

9       mother.

10                 DETECTIVE GOZOLOFF:  He was

11      supposed to go get you and they told him

12      not to.

13           DETECTIVE TROTTA:  They told me

14      not to.  They said they are going to be

15      picking up someone else there.

16                 RODNEY MORRISON:  Certified

17      fruitcake.  26 years old.  This guy is

18      certified.  You are talking about gangs,

19      colors, Crypt code.

20           DETECTIVE GOZOLOFF:  You got a lot

21      of gang bangers in there now?

22           RODNEY MORRISON:  No. **I heard Nassau,** the Crips

23      and Bloods and the Knights, whatever

24      they are.

25                 DETECTIVE TROTTA:  What can be my

1

2      next case?

3            RODNEY MORRISON:  Huh?

4            DETECTIVE TROTTA:  What can be my

5      next case?

6            RODNEY MORRISON:  I don't

7      know.  You are asking me?

8            DETECTIVE TROTTA:  Yeah.

9            RODNEY MORRISON:  How am I

10     supposed to know?  I am in jail, Trotta.

11           DETECTIVE TROTTA:  I know.

12     Oh, boy.

13           RODNEY MORRISON:  What a big

14     mess.

15           DETECTIVE TROTTA:  A big mess,

16     M-E-S-S.

17           RODNEY MORRISON:  I have a

18     question for you, Trotta.  What do you

19     think I would take?

20           DETECTIVE **_GOZOLOFF_**:  What would you

21     take?  We could do that.

22           RODNEY MORRISON: He **_could ask that, sure._** What do you

23     think, Trotta?  Trotta knows me.

24           DETECTIVE TROTTA:  Honestly I

25     think you would take 18; I think you are

1                                           80

2      going to take 18.

3              RODNEY MORRISON:  You are out

4      of your mind.  This proves how much you

5      know me.  See.

6              DETECTIVE TROTTA:  When it comes

7      down to it he is taking 18.

8              DETECTIVE GOZOLOFF:  What do you

9      think would be fair?

10             DETECTIVE TROTTA:  You can't

11     ask him any questions.  We are not

12     questioning.

13             DETECTIVE GOZOLOFF:  I can ask

14     you did it come out in the talks?

15             DETECTIVE TROTTA:  No.

16             RODNEY MORRISON:  No, no.  It

17     didn't get that far.

18             DETECTIVE GOZOLOFF:  I am sure Gary

19     knows.

20             DETECTIVE TROTTA:  No, it

21     never went that far.  And we are not

22     asking because we don't want to know or

23     don't care.

24             DETECTIVE GOZOLOFF:  Or he said

25     well, we are willing to give you this

1                                         81

2       much.

3              RODNEY MORRISON:  What he said was

4       18 or 15 million dollars paid back.  He

5       definitely said 15, 15 or 18 years.  And

6       Trotta, he knows me.

7              DETECTIVE **_TROTTA_**:  Ultimately I

8       think you will come back.

9       This is

10      what I am basing it on.

11             RODNEY MORRISON:  I am going

12      to come down?

13             DETECTIVE TROTTA:  You are going

14      to come down to say you accept it and

15      this is why.  Because you are a logical

16      guy.  You know if, **_that_**, God forbid, you are

17      found guilty of one of these things, 30

18      years, even one of five of them.  So we

19      are giving you half.  I think it is a

20      grounder.

21             DETECTIVE GOZOLOFF:  Are you 38 now?

22             DETECTIVE TROTTA:  He is 38.

23             DETECTIVE TROTTA:  So he would

24      be 53 when he got out.

25             RODNEY MORRISON:  Imagine

1                                                   82

2        Rodney Morrison pleading for life.

3             DETECTIVE TROTTA:  Fifty-three is

4        like that.

5             RODNEY MORRISON:  To you. YOU LOOK LIKE THAT.

6             DETECTIVE TROTTA:  It is going

7        to go quick.  Look at Shargell.  Shargell is

8        going to be 60.

9                  RODNEY MORRISON:  That is Shargell's

10       ***You're not going to give me that --***

11                DETECTIVE GOZOLOFF:  He is going

12       to be George's age.

13                DETECTIVE TROTTA:  There should be

14       a trial because obviously it is nothing near

15       that and it is ***so far apart it will*** never

16       happen.

17            DETECTIVE GOZOLOFF:  He is going to

18       be George when he gets out.

19            ***RODNEY MORRISON:  Trust me, 18 years, 15,***

20       ***It's my life anyway. You know what? Take my life.***

21                DETECTIVE TROTTA:  It is

22       really not though.

23            DETECTIVE GOZOLOFF:  You know the

24       joke about the guy, the married guy was

25       sitting there crying?  It is a joke.

1                                    83

2          The guy is all sad and crying.  The guy

3          says what are you crying about?  The guy

4          said 15 years ago I was going to kill my

5          wife. ***Why are you crying?  I'd be out by now***.

6               RODNEY MORRISON:  I heard that

7          before.

8                    Fifteen years is your life.

8               ***UNKNOWN:  It's your life; I'm not taking it.***

9               DETECTIVE GOZOLOFF:  (unk).  They say if you

10              are going to put me in jail then put me

11              in jail, I am not going to do it.

12              DETECTIVE TROTTA:  Let me tell

13         you a story.  One of the first guys I

14         put away in federal land got 18 years.

15         And you know something, he is getting

16         out in four years.

17              ***DETECTIVE GOZOLOFF:***  How come?

18              DETECTIVE TROTTA:  He has been

19         there for 9 years.  It is like that the

20         guy is getting out.  It is amazing how

21         time flies.

1                                                      84

2                    DETECTIVE GOZOLOFF:  Remember

3         the guy that raped the girl?  Remember

4         him?

5                    DETECTIVE TROTTA:  Thirty

6         years, 32?

7                    DETECTIVE GOZOLOFF:  I don't

8         know what he got.  (Inaudible)

9                    So it was in 1986.  We get a

10        call, I am still on training, we get a

11        call, come over to look at it.

12                   The girl was 19 years old.

13        The guy knocks on her door.  Pushes his

14        way in.  Rapes her.  Beats her like

15        you've never seen anyone beat before.

16        You couldn't recognize the girl.  She

17        was a skinny little white girl.  Her

18        face was out to here.  She was admitted

19        to the hospital.

20                   He raped her every which way,

21        up and down.  He had boots on, kicked

22        her in the face with the boots.  You

23        know what I mean?  Totally brutalized

24        this girl.  The fucker is out.

25                   DETECTIVE TROTTA:  Really?

1                                            85

2              DETECTIVE GOZOLOFF:  He did his

3     time.  He got out, they let him out on

4     parole.  He got like 15 years.  They let

5     him out on parole and he got out and he

6     voluntarily went back in.

7                   His time is up.  That fucking

8     psychopath is out.  To me it was like

9     yesterday.  I will never forget this

10    girl whose face was fucked up.

11        DETECTIVE TROTTA:  What do you

12    think he should?  Now you are going to

13    get mad at him now.

14        RODNEY MORRISON:  Kevin is cool.

15    The Sarge is cool.

16            DETECTIVE TROTTA:  Tim, what

17    do you think?

18            RODNEY MORRISON:  Well, the

19    difference between me and you?

20        DETECTIVE **GOZOLOFF**:  What?

21        RODNEY MORRISON:  I know exactly what I did,

22    and **_I know exactly what I didn't do_**, I know

23    exactly THE WAY IT went.  **_You know_** Win to loss

24    ratio?

25            DETECTIVE GOZOLOFF:  Not win to loss

86

1

2  ratio, but looking at it from your point

3  of view.  You know what I mean?  It is

4  part of your job to say what did they

5  do?  It is nothing.

6           RODNEY MORRISON:  How dumb is

7  this guy.

8           DETECTIVE GOZOLOFF:  That too,

9  but that is not this case.  I am talking

10  about when they look at plea bargains,

11  they go what are our chance at trial,

12  what is the argument going to be, what

13  is the jury going to be?  They put it

14  all together.

15           DETECTIVE TROTTA:  What do you

16  think?

17           DETECTIVE GOZOLOFF:  I think him

18  doing 15 --

19      DETECTIVE TROTTA:  What?

20      DETECTIVE GOZOLOFF:  15, not

21  complete.

22      DETECTIVE TROTTA:  That is low.

23      DETECTIVE GOZOLOFF:  I think that

24  would be a minimum in state on a felony

25  murder.

1                                         87

2              DETECTIVE TROTTA:  It is a

3        gift.

4              DETECTIVE GOZOLOFF:   But I am

5        saying that on a plea bargain --

6              DETECTIVE TROTTA:  What about

7        everything else though?

8           DETECTIVE GOZOLOFF:  If you asking

9        me to really -- if you were to take this

10       and you were John Gotti.

11             DETECTIVE TROTTA:  I am

12       thinking of what is a fair plea.  He is

13       looking at life.

14             What do you think is a fair

15       plea?  You know, off the top of my head,

16       oh, 25 years.  Go for the 19, I am not

17       going to argue.

18             DETECTIVE GOZOLOFF:  But you

19       look at in the state system 25 years --

20             DETECTIVE TROTTA:  Pellosi

21       just got 25 with half the evidence.

22             He ain't ever getting out.

23             DETECTIVE GOZOLOFF:  I am saying

24       he is eligible.  And also, what is close

25       to that -- (Inaudible)  Pellosi might.

1                                            88

2              DETECTIVE TROTTA:  Look at the

3      evidence in both cases.  Here you can

4      crush him.

5                  RODNEY MORRISON: ***Do you think so?*** I don't

6      think so.  You must got something that I

7      don't know about it.

8                  For real.  I think a whole lot

9      different.

10            DETECTIVE TROTTA:  We have a ***ton***

11     of stuff you don't know about.

12                RODNEY MORRISON:  I am a

13     little worried about that part.

14                 I want to get it done like I

15     said before, the whole thing.

16            RODNEY MORRISON:  Done.

17            DETECTIVE TROTTA:  I agree with

18     you.  The stress you must be living on

19     has to be incredible.

20                RODNEY MORRISON:  No, I don't

21     have stress.  I am angry that nothing is

22     done, that is stressful.  Nothing is

23     coming out of this.

24                 DETECTIVE GOZOLOFF:  If you ask

25     me what I would do?

1                                          89

2            RODNEY MORRISON:  Yeah, what

3       you would do?

4            DETECTIVE GOZOLOFF:  We are not

5       in a position, because I don't know what

6       you know.  I know what you did.  I know

7       what you said.  I know what the other

8       half is saying.

9            RODNEY MORRISON:  That is all

10      right.

11           DETECTIVE TROTTA: Think of

12      all the substantiation we have.

13      Everything is double and triple and

14      quadruple substantiated.  You paint the

15      whole picture.

16           DETECTIVE GOZOLOFF:  When you

17      sit there and look at it realistically

18      when you are in a federal system.

19           DETECTIVE TROTTA:  Think about

20      Sammy Torres.  Sammy Torres got 32

21      years.  Never harmed a fly.

22           RODNEY MORRISON:  That is

23      Sammy Torres' business.  I mean that is

24      his situation.

25           DETECTIVE GOZOLOFF:  One thing if

90

2    they do a RICO, you are fucked.

3         DETECTIVE TROTTA:  They are

4    going to, if they do RICO you are dead.

5         DETECTIVE GOZOLOFF:  Rico is all

6    these fucking gangsters, that is all

7    they have done for 150 years.  They have

8    the testimony's of the shit heads going

9    to be coming out to testify.

10        RODNEY MORRISON:  I don't know.

11        DETECTIVE GOZOLOFF:  The only

12   ones that walked away with a short

13   amount of time were the ones who fucking

14   rat out.  (Inaudible)

15        RODNEY MORRISON:  I don't know

16   what year, what date, what lawyer?

17        DETECTIVE GOZOLOFF:  I saw your

18   lawyer on TV.

19        DETECTIVE TROTTA:  He is

20   always on TV.

21        DETECTIVE GOZOLOFF:  It was

22   pretty cool.  I am watching an HBO

23   special, organized crime, the mob and

24   stuff like that.  They did a thing on

25   Gotti and he was sitting right next to

1                                                  91

2      him.

3             RODNEY MORRISON:  You know

4      Bruce CUTLER?  (Phonetic)

5             DETECTIVE *GOZOLOFF*:  I heard of him.  Sure.

6             RODNEY MORRISON:  We are going to get the

7      the best that we can.  This is the biggest fight of my life.

8             **DETECTIVE GOZOLOFF: I think you got the best.**

9             **RODNEY MORRISON: And then, we have two more just like**

10     **just like that. G**oing to get the best of the best and

11     win. **That's the idea of it.**

12     **I have a very good feeling**.

13            DETECTIVE GOZOLOFF:  O.J. **Guilty or innocent?**

16            **TROTTA: You can't ask him any questions.**

17            **GOZOLOFF: I can ask him that. It has nothing to**

18     **with it.**

19            **RODNEY MORRISON:   I think that OJ got the best.**

20     **Therefore, whether he's guilty or not doesn't even matter.**

21     **He came home.**

22            DETECTIVE **GOZOLOFF**:  I **shouldn't** say guilty.  Did he

23     kill his ex-wife?

24            RODNEY MORRISON:  That is the same thing.

25            **GOZOLOFF**:  No, it isn't.  **There is a big difference**.

1                                     92

2      *Talk to any lawyer, they'll tell you ---*

3           *RODNEY MORRISON: You think he's guilty, right?.*

4           *GOZOLOFF:* I *know he's guilty*. Not even close.

5           MORRISON: Whatever it is, he came home, he is done.

6           *GOZOLOFF*:  It is good down here.  He only threw

7      one thing back.  The older friend, his lawyers did a

8      thing called jury notification.  That is

9      when we concern around and three others

10     at the jury to get a very sympathetic

11     start to jury.  And it was clear reading

12     on the application.  There was no way,

13     no how, that they were going to convict

14     her.  And it was wrong because he did.

15             Let's put it this way --  You

16     wrong and wrong.  Just when they throw

17     so much shit at you.  We are fully aware

18     of that.  I don't want to take that

19     chance.

20          DETECTIVE TROTTA:  The juries

21     don't know how to believe this all.

22     They don't know that okay, he is found

23     guilty of this, he is going to get

24     children, his wife.  Exactly.  They

25     don't know what it is, it is small.  He

1                                        93

2       just made him guilty on this. One out of six charges

3       or ten or whatever, under the ten charges, they

4       feel better with.  (Inaudible) When you ask how much you

5       would take, because of me, your son is 17 years old?

6                 *MORRISON:  Oh, yes. Also what I have to think*

7                 *about it, to have children, what it has to do, not*

8                 *what I want to so, what do you think about that?*

9                 *What you have to do also when they ask how much you*

10                *Take. If you were me, think, your son is 17 right?*

11                *GOZOLOFF: Oh, yeah.*

12                *RODNEY MORRISON: And let's say you're O.J. and*

13                *You make a mistake, let's just say, right.  And you do*

14                *This thing and you kill this guy, girl, wife, whatever.*

15                *DO you want to plead guilty to this and then you owe me*

16                *15 years, or can I go to trial and win or go to trial*

17                *And get less time than they're offering?*

18                DETECTIVE TROTTA:  In your case that can't happen.

19                They only charge less---  I would think is to be ah,

20                they explained to me the tax charge is crucial.

21                Whatever it is it can add up to 60 years.

22                GOZOLOFF:  15 million is probably a bargain.

23                RODNEY MORRISON:  I don't know.

24                DETECTIVE TROTTA:  Penalty.

25                RODNEY MORRISON:  The whole thing

1                                                      94

2          with the tax thing.  No one has ever

3          under any regulations with the money

4          that has been made there, whether I

5          controlled it or mine or whatever.

6               DETECTIVE TROTTA:  That went all

7          the way up to Washington before you were

8          even charged with that.

9               RODNEY MORRISON:  I haven't been

10         charged.

11              DETECTIVE TROTTA:  All figured

12         out, all approved.  Even if it is a federally

13         *recognized reservation* you are still

14         responsible for employment taxes.

15              *RODNEY MORRISON:  Okay, for what you paid the*

16         *employees.*

17              DETECTIVE TROTTA:  Yes.

18              RODNEY MORRISON:  I have no idea

19         about that

20              DETECTIVE TROTTA:  .  And *each one of them could be*

21         *liable for their*-- You don't think that is a point or don't

           think that's a nut.

22              *RODNEY MORRISON*: So 12 means all the people?

23              DETECTIVE TROTTA:  Yes.

24              *RODNEY MORRISON:* I know that.

1                                                  95

2              DETECTIVE TROTTA:  I don't know

3       anything about that shit.

4              RODNEY MORRISON:  I never knew that.

6              DETECTIVE TROTTA:  I tell you one

7       thing, the guy saved you a fortune,

8       David Cohn.

9              RODNEY MORRISON:  How?

10             DETECTIVE TROTTA:  Because we were

11      going to take the computers, which would

12      have put you out of business for months.

13      I guess, I don't know.  I don't know the

14      business.  But I am ASSUMMING the computers

15      were an intracle part of the business

16      and he somehow downloaded them.  I don't

17      know how.  And we didn't take them.  I

18      took like 18 out.  I had no idea what

19      the computer guys were doing.

20             DETECTIVE GOZOLOFF:  It is easier to

21      do that than put you out of the

22      business.  Take the stuff.

23             RODNEY MORRISON:  All that stuff for me.

24      ***When you're in jail***, it doesn't really matter.  When

25      you are in 15 years with -- whoever it

1                                        96

2        is, who cares?

3        what difference does it make?

4               DETECTIVE GOZOLOFF:  It doesn't make

5        any difference.

6               DETECTIVE TROTTA:   I love reading

7        those things --people **_getting docked for shit._**

8               DETECTIVE TROTTA:  Yes.  My

9        favorite was Joe Rambola's. **_Dirty tires_**.

10              RODNEY MORRISON: **_We talked about this already_**.

11              DET TROTTA:  I know, I loved that.

12              **_RODNEY MORRISON: I asked him_** (inaudible)

13              DETECTIVE TROTTA:  Why not, right?

14       It is hard to believe she is Kiana's

15       sister.

16              RODNEY MORRISON: **_If you say so_**. They think so.

17       I am just trying to beat it man, that's

18       all. **_These months of nothing is ridiculous._**

19              DETECTIVE TROTTA:  Believe me, it

20       is going it be another six months.  I am

21       sure.

22              RODNEY MORRISON:  It ain't going

23       to be six months doing nothing.

24              DETECTIVE TROTTA:  If she goes to

25       trial it would be a year.

1                                 97

2              **RODNEY MORRISON: At least they will start**

3          **Putting motions in and doing something, get**

4          **It moving.**

5              **TROTTA**:   Then ours is nothing, it is a bunch of

6          Paperwork being **_pushed_** around.   There is enough to

7          talk about pushing it there.   For RICO they have

8          the time.

9                  **UNKNOWN**: **Do they get extra time for RICO?**

10         **We should start pushing paper too, four months ago.**

11             DETECTIVE TROTTA:   You are in charge, you are

12         paying the bills.

13             RODNEY MORRISON:   Oh, watch me. Let me see,

14         especially with Trotta on the phone---

15             **TROTTA**: I have nothing to do with this.   I don't

16         go---   I have nothing to do with it.

17         DETECTIVE **_GOZOLOFF_**:   Gary Brown is the man.

18         He answered to Sunday Night Football.

19         DETECTIVE TROTTA:   Brooklyn.

20         RODNEY MORRISON:   I heard.

21         DETECTIVE TROTTA:   It was, **_I want to move_** to the next

22         **case**.

23         **_MORRISON: So do I. We both have something in common._**

24             **DETECTIVE TROTTA: I swear to God. I really do. This**

25         **Is about to go. It will take a month to straighten**

26         **Everything out.** This mob is ready to go.

1                                    98

2           ***RODNEY MORRISON***:  I agree with

3      you.  You are ready and I am ready.  We

4      are both ready.  If I have to get down

5      there let's get down there and move on.

6      Is that like a tennis court over there?

7           ***TROTTA***:  Yes.

8           ***RODNEY MORRISON:*** That is what I thought.

9           ***TROTTA: Rania is a good tennis player***.

10          RODNEY MORRISON:  And I didn't

11     ask you that, that is why we are here.

12          DETECTIVE ***GOZOLOFF***: In ***life*** that is what matters.

12     That is the only thing.

13          ***TROTTA:*** Your grandfather.

14          ***RODNEY MORRISON***: ***You*** know more than me about

15        everything.

16          DETECTIVE ***GOZOLOFF***:  Boy or girl.

17          ***GOZOLOFF***:  A little boy.

18     (Inaudible)

19          DETECTIVE ***GOZOLOFF***:  Your

20     grandfather.  That's weird.  He is

21     younger than us.

22          RODNEY MORRISON:  Oh, boy.

23          DETECTIVE TROTTA: A little boy

24          RODNEY MORRISON:  Anything I want

25     to know about myself ***call Trotta***.

1

2

3          DETECTIVE **_GOZOLOFF_** :  What is my

4     favorite color?

5          RODNEY MORRISON:  I don't know.

6     How do I feel about this?

7          DETECTIVE TROTTA: I **_know you like Crystal_**.

8     She came there and she said she

9     would get back to us when he could

10    start.

11         RODNEY MORRISON:  You know what it

12    is, people are really testified but

13    this.  This one went that one, they

14    bought a lot of champagne and won.  Alex

15    is doing this, Alex is doing that.  You

16    gave me an income you want.

17         RODNEY MORRISON:  Sit down, it is

18    getting old.

19         DETECTIVE TROTTA:  You will see

20    there is a whole lot of old and stupid.

21    It was funny, I knew when Wynette was

22    out for the first time before she got

23    home.

24         RODNEY MORRISON:  Home.

25         DETECTIVE TROTTA:  Yes, I knew

1                                        100

2       before she got home.  After you gave

3       your card out?

4            DETECTIVE TROTTA:  Correct.  It is

5       in the amazing, really amazing.

6       Whenever somebody said they told you, I

7       think that is a -- If you remember out

8       in that one you are really lost.  I

9       don't know what you are -- and anything

10      else it is very hard to problem.  You

11      don't see, but what it is.  Isn't be

12      answered by his friend, that is what is

13      for sure.

14            Your next door neighbor, old

15      brother, old sister.  I heard another

16      one which is a typical story.  About his

17      father's funeral. I don't know if this is true or

18      not, I haven't tracked it down.

20           RODNEY MORRISON**_:  I killed him?_**

22           DETECTIVE TROTTA:  No, it wouldn't be killed.

23      You lent the money, but **_made them_** sign a promissory note or

25      something like that.

1                                    101

2                    RODNEY MORRISON:  What a mess.

3        What a mess.

4                    DETECTIVE TROTTA:  How would a

5        jury like to hear that?

6                    RODNEY MORRISON:  I tried a mission.

7        I don't know if that is true, in any event []

8        needs to get a wife.  You need **_my mother_**

9        that is how you are **_to tell you_** different.

11                   DETECTIVE **_GOZOLOFF_**:  No, no.  Don't

12       even bring that up.  I mean they are

13       fucking scumbags over there, just so you

14       know.  (Inaudible)

15                   RODNEY MORRISON:  The only thing **I'm thinking about now**

16       **is way nothing was done today.**

17                   DETECTIVE TROTTA:  Don't blame me,

18       Rodney.  I don't want you being mad at

19       me.

20                   RODNEY MORRISON:  Sorry.  You

21       don't like me.

22                   DETECTIVE TROTTA:  It has nothing

23       to do with liking you.  You did

24       something, I believe you did something

25       that is not a nice thing.  A lot of

1                                      102

2          things.

3                RODNEY MORRISON:  I am a terrible

4          guy.  I am the worst in the world.  I

5          beat my wife, beat my kids and beat my

6          dogs.

7                (Telephone conversation)

8                DETECTIVE TROTTA:  We are sitting

9          under the Verrazano Narrows Bridge right

5          now.

6                RODNEY MORRISON: **_That must be Bonnie_**.

                 **_TROTTA_**: Bonnie says she is sorry she

7          couldn't be there.

8                RODNEY MORRISON:  I miss her.  I

9          want to talk to her.

10               DETECTIVE TROTTA:  She had to go

11         to Washington.  Bonnie, can I get

12         hazardous duty having to sit next to him

13         and listen to this?

14               RODNEY MORRISON:  I want to meet

15         with her, I want to ask to meet with her

16         there.

17               DETECTIVE TROTTA:  There is really

18         nothing to report.  Okay.  Okay.

19               (Telephone conversation)

20               DETECTIVE TROTTA:  Have I got

21         a fucking blockbuster for you.  I will

1

2      tell you later.

3            RODNEY MORRISON:  Kids again.

4            DETECTIVE TROTTA:  She is back

5      again. (Inaudible)

6            DETECTIVE TROTTA:  She is a lot

7      cuter than Wayne.

8            RODNEY MORRISON:  That is what I

9      thought.

10            DETECTIVE TROTTA:  You don't want

11      her **_on this case_**.

12            DETECTIVE GOZOLOFF:  Is she the best

13      one over there?

14            DETECTIVE TROTTA:  Yes, she is

15      very, very -- You know, Wayne on the

16      other hand is crafty in his on mind.

17      Actually, it might be, they always hook

18      up with someone at trial.  It might be

19      -- If it is Rich you are in trouble.  He

20      used to be a Navy JAG lawyer.

21            RODNEY MORRISON: **_What do you think I'm going to do? Get_**

22      Mickey Mouse to try my case?

23            DETECTIVE TROTTA:  You know who

24      you have.

25            RODNEY MORRISON:  That is why so

1                                                    104

2      far, I could imagine.

3              DETECTIVE GOZOLOFF:  Johnny Cochran.

4              DETECTIVE TROTTA:  Maybe this

5      thing will go away, who knows.

6              RODNEY MORRISON:  I doubt it.  Go

7      away.

8              DETECTIVE TROTTA:  Not go

9      away, but you know, you will come to

10     your senses.

11             RODNEY MORRISON:  Never, never.

12     18 years, that would be crazy.

13             DETECTIVE TROTTA:  Never say

14     never.

15             RODNEY MORRISON:  Never, never,

16     never, never.

17             DETECTIVE TROTTA:  One thing I am

18     sure they will tell you this.  Once you

19     are in trial and you start preparing if

20     you want to go back now it is 20.  It

21     always goes up, it never goes down.

22             RODNEY MORRISON:  You mean for more time?

23             DETECTIVE TROTTA:  Yes.

23             RODNEY MORRISON:  *I'm not asking for more, I'm*

24     *Asking for less.  What's the difference.*

1                                              105

2

3          DETECTIVE TROTTA:  Are we almost

4     there like?

5          DETECTIVE GOZOLOFF:  Yes.

6          DETECTIVE TROTTA:  This is where

7     we get off.

8          DETECTIVE GOZOLOFF:  It says we make

9     a left and go all the way down that

10    road.

11         DETECTIVE TROTTA:  All right.

12         DETECTIVE GOZOLOFF:  I don't know

13    the exits.  Look at the beautiful view.

14         RODNEY MORRISON:  That is another

15    little secret.  I wasn't sure if Shargell

16    was even talking to this guy.

17         DETECTIVE TROTTA:  Who Gary?

18         RODNEY MORRISON:  I am not sure if

19    he is talking or not, and saying he is

20    going to trial, I don't know, only

21    myself.

22         DETECTIVE TROTTA:  They can't let

23    you do that.  As much as -- not that I

24    don't like lawyers, but they are just

25    sort of **_muddy_** the waters.  They are

1

2    smart, they know what they are doing, ***they really do***.

3         RODNEY MORRISON:  They come back

4    and say we are having a meeting with

5    him.  How do we know how the meeting

6    went?

7         DETECTIVE TROTTA:  I have to hand

8    it to you.  These lawyers are basically

9    honorable people.  I will tell you I was

10   definitely -- Like all these lawyers

11   that all these people got, I was pretty

12   impressed with them as being, you know,

13   honest.  I really was.

14        RODNEY MORRISON:  What lawyers,

15   mine?

16        DETECTIVE TROTTA:  All the other

17   ones, like Wynette, all their lawyers.

18        RODNEY MORRISON:  Yeah, you can't

19   trust nobody.  You can't trust nobody.

20   You should know that ***better than anyone***.

21        DETECTIVE TROTTA:  I have a

22   saying, if you tell me it is true.  I

23   will believe anything because things are

24   so wild and crazy.  Like if I thought

25   Wynette would have tattoos, I wouldn't

107

1 believe it.

2       This is what I say.  I can't

3 get my wife to cook dinner, Rodney gets

4 all these girls to get tattoos.  How

5 does he do it?

6       RODNEY MORRISON:  They did it

7 themselves.  They like to do that.  They

8 enjoy that.  Rodney told me to do it, is

9 that the question?

10      DETECTIVE TROTTA:  Not even that.

11 It is the fact that they even want to.

12 You must be unbelievable.

13      DETECTIVE GOZOLOFF:  You must be

14 pretty big.

15      RODNEY MORRISON:  A girl put a

16 tattoo on her neck, a guy's name.  That

17 can't come off.

18      DETECTIVE TROTTA:  What is another

19 one I heard?  This is another one.  I

20 don't want to cause friction.  But, I am

21 not even going to say it because I don't

22 want to piss you off.

23      RODNEY MORRISON:  Tell me.  We

24 have been talking.

1                                        107

2 believe it.

3       This is what I say.  I can't

4 get my wife to cook dinner, Rodney gets

5 all these girls to get tattoos.  How

6 does he do it?

7       RODNEY MORRISON:  They did it

8 themselves.  They like to do that.  They

9 enjoy that.  Rodney told me to do it, is

10 that the question?

11      DETECTIVE TROTTA:  Not even that.

12 It is the fact that they even want to.

13 You must be unbelievable.

14      DETECTIVE GOZOLOFF:  You must be

15 pretty big.

16      RODNEY MORRISON:  A girl put a

17 tattoo on her neck, a guy's name.  That

18 can't come off.

19      DETECTIVE TROTTA:  What is another

20 one I heard?  This is another one.  I

21 don't want to cause friction.  But, I am

22 not even going to say it because I don't

23 want to piss you off.

24      RODNEY MORRISON:  Tell me.  We

25 have been talking.

1                                    108

2           DETECTIVE TROTTA:  I don't want

3      you -- I don't know.

4           RODNEY MORRISON:  What is the

5      difference, we have been talking the

6      whole time.  Tell me, I am dying.

7           DETECTIVE TROTTA:  No, it is not

8      good.  It wouldn't be fair to say this.

9      I don't want to aggravate you.

10          DETECTIVE GOZOLOFF:  Tell me later.

11          RODNEY MORRISON:  You could

12     tell me now.  I would love to hear

13     everything.

14          DETECTIVE GOZOLOFF:  There are some

15     things --

16          DETECTIVE TROTTA:  This is

17     something that I don't -- I really like

18     a lot of people that work for you and I

19     don't want to create any friction,

20     especially since it is a rumor.

21          RODNEY MORRISON:  What is the

22     rumor?

23          DETECTIVE TROTTA:  I am not going

24     to say.  It is a rumor.

25          RODNEY MORRISON:  So then.

1                                          109

2           DETECTIVE TROTTA:  I don't like to

3     say anything that I know is not true.

4           RODNEY MORRISON:  Everything is

5     rumors.  You have been saying.

6           RODNEY MORRISON:  You have been

7     saying rumors all day.

8           DETECTIVE TROTTA:  Not really.

9           RODNEY MORRISON:  Every single one

10    of them are rumors.

11          DETECTIVE GOZOLOFF:  Maybe it is not

12    true.

13          RODNEY MORRISON:  I want to hear

14    what you've got to say.

15          DETECTIVE TROTTA:  Do your kids

16    come to visit you?

17          RODNEY MORRISON:  You think they

18    don't come visit me?

19          DETECTIVE TROTTA:  Huh?

20          RODNEY MORRISON:  Did you hear

21    they don't come visit me?

22          DETECTIVE TROTTA:  No, I didn't

23    hear at all.  Honestly it is sad,

24    especially to think that your kids visit

25    you.

1                                                    110

2              RODNEY MORRISON:  Why?

3              DETECTIVE TROTTA:  You know what I

4      mean.  Your dad is like -- should be a

5      special person in your life.

6              RODNEY MORRISON:  I am a bad guy,

7      remember?

8              DETECTIVE TROTTA:  To a little

9      girl or little boy you are still their

10     dad.

11             RODNEY MORRISON:  I am a bad

12     father, beat them, and tattoo their

13     butts too probably.

14             DETECTIVE TROTTA:  You are still

15     their dad.

16             DETECTIVE GOZOLOFF:  I tell you one

17     of the hardest things on patrol when you

18     had to arrest the father in front of the

19     kids.  Even if he is a fucking scum bag,

20     drug addict, burglar, robber, but the

21     little kid, ten-year-old boy, as much as

22     that guy is a piece of shit, documented,

23     bona fide, I am talking about.

25             MORRISON:  Ask ***him he got any rumors about***

26     ***that anyone about ---***

       .

1                                      111

2              DETECTIVE TROTTA:  You disciplined

3        your children.  Everyone disciplines

4        their children.  ***Timmy***, you never answered the

5        question.  What do you think he should

6        get?

7              RODNEY MORRISON:  He already said

8        15.

9              DETECTIVE TROTTA:  Fifteen in or?

10             DETECTIVE GOZOLOFF:  Fifteen.

11             DETECTIVE TROTTA:  Which is 18.

12        That is a fair bargain.

13             DETECTIVE GOZOLOFF:  I think it is a

14        bargain and if you weigh --

15             DETECTIVE TROTTA:  He thinks

16        differently than us.  Let me tell you

17        another thing.  We are not looking at

18        it.

19             DETECTIVE GOZOLOFF:  I will say 16,

20        what the fuck, it ain't many years.

21             DETECTIVE TROTTA:  I don't know if

22        I am saying it from not being in my

23        position, but putting myself in your

24        position and knowing what I know about

25        the federal government I am not going to

1                                    112

2       ask if your lawyers, are advising you to

3       take it or not, knowing what I know I

4       would fucking jump at it.

5              I would honestly do whatever I

6       could to try to get it down a little bit but---

7          DETECTIVE GOZOLOFF: **_He might get it down_**.

8          **_TROTTA: I don't think so_**.

9          RODNEY MORRISON:  Knowing what I

10      know, I want to get to this point where

11      figure out that is what I know.

12         DETECTIVE TROTTA:  Let's say you

13      decide to take this.  Part of your plea

14      would be to tell everything that

15      happened on everything.

16         RODNEY MORRISON:  That is too much

17      time though.  You see what can I plea

18      for, am I crazy?

19         DETECTIVE TROTTA:  Let's say

20      tomorrow, I am not going to give you a

21      number, whatever the number is and you

22      agree to it and they agree to it.  Part

23      of that plea you would have to tell what

24      happened.

25         RODNEY MORRISON:  That is exactly

                                        113

1

2      right.  Other people would be coming to

3      jail.

4           DETECTIVE TROTTA:  Good.

5           RODNEY MORRISON:  Then you would

6      be coming to jail and you would have

7      some more work.

8           DETECTIVE GOZOLOFF:  As long as they

9      are bad people.

10          DETECTIVE TROTTA:  I am not saying

11     you, Rodney, but I think there are other

12     murderers involved in this somewhere.

13          RODNEY MORRISON:  Me?

14          DETECTIVE TROTTA:  I am not saying

15     you.  I am saying contrary.

16          RODNEY MORRISON:  We will soon

17     find out.  We will soon find out, won't

18     we?  Like who died?  Do you know who

19     died?

20          DETECTIVE TROTTA:  I don't want to

21     say.  I am not showing my hand at

22     anything.  Part of me says get rid of

23     this fucking thing, go away.  Other part

24     says let's go to trial.

25          RODNEY MORRISON:  Get rid of it.

1                                    114

2              DETECTIVE TROTTA:  I am leaning

3       more towards getting rid of it.  I want

4       to get rid of it.  I have nothing to do

5       with it.

6              RODNEY MORRISON:  We **both want the same thing**.  I want

7       to get rid it of also.  Let's get past it.

8              DETECTIVE TROTTA:  Plead guilty **to the whole thing**,

9       **you'll be out in 15 years. You'll buy--  I will never have as**

10      **much money as you got.**

11             RODNEY MORRISON:  I will be broke **15**

12      **years from now, I'll be broke.**

13                  DETECTIVE TROTTA:  No, you

14      won't.

15             RODNEY MORRISON:  Here is the

16      deal.  We will all come down again at

17      another meeting.

18             DETECTIVE TROTTA:  If you are

19      broke I will buy.  But if you still have

20      money you buy.

21             RODNEY MORRISON:  We will all sit

22      down at a meeting we will all come to an

23      agreement and sign the papers right then

24      and there.

25             DETECTIVE GOZOLOFF:  That should

1                                          115

2        have happened today.  I don't think he's [**_Gary Brown_**]

3        going down much.  **_I don't think he's going down at all_**

4        to be honest with you.

5                DETECTIVE TROTTA:  He has to do

6         more than everybody else.

7                RODNEY MORRISON:  No.

8                DETECTIVE TROTTA:  They are done

9         already.  So that is the bottom line.

10               RODNEY MORRISON:  They go where

11        they belong.  I have nothing to do with

12        that.

13               DETECTIVE TROTTA:  That is the

14        bottom line.  He is being charged five

15        more things than they are being charged

16        with.  There is no way he is doing less.

17        That I know is a fact.

18               RODNEY MORRISON:  Let's me get

19        my -- cards on the table.  I have got no

20        one to deal with.  My information.

21               DETECTIVE TROTTA:  You have to

22        turn right here.  No, no, no.

23               RODNEY MORRISON:  What I have.

24        (Inaudible) The bigger issue right now.

25               DETECTIVE TROTTA:  I think what

1                                    116

2      they are saying is they don't want--

3            RODNEY MORRISON:  I know.

4      (Inaudible) Even though I said okay I

5      can prove this.

6            DETECTIVE TROTTA:  It is still a

7      very heavy hit.

8            RODNEY MORRISON:  There is another

9      cell.

10           (Telephone conversation)

11           DETECTIVE GOZOLOFF:  We have got

12     one. To drop off.

13           DETECTIVE TROTTA:  Rodney

14     Morrison.

15           THE WITNESS:  Suffolk County.

16     (Inaudible)

17           DETECTIVE TROTTA:  You are going

18     to go to trial.

19           RODNEY MORRISON:  (Inaudible)

20           DETECTIVE TROTTA:  Honestly I

21     think it is definitely, definitely more

22     than 15 because I know they are not

23     going down.  Anywhere -- they can't.

24     They basically said they can't.

25           RODNEY MORRISON:  Neither can I.

1                              117

2           DETECTIVE TROTTA:  Then we go to

3      trial.  You know.  I am not _**allowed**_ to

4      ask you anything, I don't want to ask

5      you anything.

6           RODNEY MORRISON:  Just to give you

7      information a little bit idea.  You are

8      seeing my kids don't you.

9           DETECTIVE GOZOLOFF:  All the trouble

10     for Rodney.

11          DETECTIVE TROTTA:  Roll up the

12     window it is cold.

13          RODNEY MORRISON:  You pretty much done with my case

14     now. It is pretty tight.

15          DETECTIVE TROTTA:  There are like

16     three other charging that are going to

17     be going in that you know nothing about.

18          RODNEY MORRISON:  I know nothing

19     about.

20          DETECTIVE TROTTA:  You know about

21     but you don't know that we are --

22          RODNEY MORRISON:  Something I did

23     wrong.

24          DETECTIVE TROTTA:  I don't know if

25     we discussed it with you or your lawyer,

1                                      118

2        I forgot who so I don't want to say

3        anything.

4             RODNEY MORRISON:  What did I do

5        now.

6             DETECTIVE TROTTA:  Just other

7        things, other crimes.

8             RODNEY MORRISON:  Really?

9             DETECTIVE TROTTA:  Yes.

10            RODNEY MORRISON:  That I don't

11       know about already.

12            DETECTIVE TROTTA:  You know about

13       it, but it is not part of the RICO **_yet_**.

14            RODNEY MORRISON**_:  What else did I do or [someone] said_**

15       **_I did this time? I could imagine._**

16            DETECTIVE TROTTA:  Put it this

17       way.  When they say go, you know, get

18       ready, there is going to be a trial

19       they will put me straight days and all

20       me and two FBI's will be doing this.

21            DETECTIVE GOZOLOFF:  **_Then I get a_** break

22       every other week.

23            RODNEY MORRISON:  **_Going behind_** this guy **_[referring to_**

24            **_a truck] would be a mistake._**

1                                        119

2              DETECTIVE TROTTA:  They are going

3         to open the gate.

4              RODNEY MORRISON:  Behind the

5         truck.

6              DETECTIVE TROTTA:  That pulls in,

7         right?

8              DETECTIVE GOZOLOFF:  Last time I

9         think it was a bus, right?

10             RODNEY MORRISON:  Yeah.

11             DETECTIVE TROTTA:  Actually, I do

12        expect to work all straight days in the

13        winter so the summer I can go back to

14        nights.

15             RODNEY MORRISON:  I want to do my

16        best to get you as fast as possible.

17             DETECTIVE TROTTA:  Good.

18             RODNEY MORRISON:  When are you

19        meeting me again?

20             DETECTIVE TROTTA:  If I were you I

21        wouldn't roll the dice, but that is you,

22        that is totally up to you.

23             RODNEY MORRISON:  Just think about

24        this RIGHT, if I was the kind of guy that was

25        afraid of odds and **_never_** roll the

1                                                    120

2       dice, I **_guess_**, I wouldn't be sitting here, would

3       I?

4            DETECTIVE TROTTA:  To tell you the

5       truth, I can't for the life of me figure

6       out why you are sitting here.  I go over

7       it in my head.  I understand it, but I

8       thought you were so much smarter.

9            RODNEY MORRISON:  You don't even

10      know me.  After you think about it, you

11      don't know me.

12           DETECTIVE TROTTA:  But I

13      understand like this -- you know what,

14      who was it that Steve TROYD from the FBI

15      called you a mad genius.

16           RODNEY MORRISON:  YOU Think about

17      this.  If I go to trial and actually win

18      what happens then?  I go down in

19      history.  The incredible **_unbelievable_** thing that

20      nobody thought could ever happen.

21           DETECTIVE TROTTA:  Yes, if it was

22      one crime I give you that.

23           RODNEY MORRISON:  Imagine -- I

24      guess you can't beat tax evasion, I

25      guess.

```
1                                  121
2            DETECTIVE GOZOLOFF:  You can't beat
3       that.
4            DETECTIVE TROTTA:  I have been
5       watching this, the federal system go.
6       People DON'T win.  They don't
7       win.
8            DETECTIVE GOZOLOFF:  The rules of
9       evidence is different in federal too.
10      Hearsay is admissible.  Like in the
11      state if somebody says Joe Blow told me
12      he did it, but in the state system I
13      can't even say that.  In the federal
14      system I can get on the stand and say
15      Your Honor, Joe Blow told me he did it.
16      You can do that without Joe Blow.
17           DETECTIVE TROTTA:  There is also
18      painting a picture.  In this case it
19      is -- when you lay out and we have
20      meetings and see what we have.  And I
21      paint of picture of what happened and
22      they all go you got it all.
23           RODNEY MORRISON:  That is your
24      picture.
25           DETECTIVE TROTTA:  Yes.
```

1                                    122

2          RODNEY MORRISON:  That are two

3     parts you know.

4          DETECTIVE TROTTA:  I know.  But

5     the point I am trying to bring about is

6     in terms of cases and I go to the next

7     case and Steve, does this case and I do

8     that case, they want to see how it is

9     presented to a jury, what it would look

10    like to people on a jury, jury appeal.

11         DETECTIVE GOZOLOFF:  Jury appeal.

12         DETECTIVE TROTTA:  The witnesses,

13    some of them are very, very, very

14    credible people with no axe to grind at

15    all.  So you are **_laughing at_** something you

16    don't know about.

17         RODNEY MORRISON:  What you got is

18    garbage.

19         DETECTIVE TROTTA:  **_You don't know what we have_**.

20         RODNEY MORRISON:  You going to

22    find out it is all garbage.

23         DETECTIVE TROTTA:  You don't know

24    what we have.

25         RODNEY MORRISON:  Ninety-nine

```
 1                                      123

 2        percent of your people is garbage.  I am

 3        going to tell you that.  We are going to

 4        trial.

 5             DETECTIVE GOZOLOFF:  What happened

 6        to John Gotti.  *That was 100% garbage.*

 7             RODNEY MORRISON:  None of that

 8        garbage, all garbage.

 9             DETECTIVE TROTTA:  Believe me.

10             RODNEY MORRISON:  It is going to

11        be a motive for lying, a ton of that

12        crap.

13             DETECTIVE TROTTA:  I have a ton of

14        people that have no *motive* at all.  A

15        ton of people.

               *GOZOLOFF*:  *No, you're going to find out--.*

16             RODNEY MORRISON:  You know what

17        you will find out, no motive at all,

18        zero.  You will find out.

19             DETECTIVE *GOZOLOFF*:  I think you are

20        going to find out.

21             RODNEY MORRISON:  Yeah.

22             DETECTIVE GOZOLOFF:  You know what,

23        I listen to him all the time.  I am not

24        involved.  I don't go when he talks to

25        Steve.  He will tell me and he will tell
```

1                                        124

2      me shit and I will say okay.

3              Not even in your case, other

4      cases.  This guy says this guy did this

5      and he has this.  I go, yeah, who is

6      this guy, a guy with an axe to grind.

7      And you talk to other people and you get

8      all you need.

9              If you have ten people that

10     are the shittiest liars in the world,

11     you just need one innocent one with no

12     axe to grind to say that is what

13     happened.  That solidifies all the **_shitbirds_**.

15             For us we do a lot of

16     financial stuff and stuff like that.

17     People throw all the shit you want.  If

18     you throw one person to become up what

19     that piece of shit LIER says.  It is

20     unbelievable.

21         RODNEY MORRISON:  When it comes to

22     me I know **_for a fact_** the people I talk to and

23     deal with.  The people I don't talk to I

24     don't deal with are making up rumors.

25     That is the bottom line.  Like you, you

1                                         125

2          work at the job.

3               DETECTIVE *GOZOLOFF*:   A lot of people

4          talk shit.

5               RODNEY MORRISON:   The rest is

6          garbage.

7               DETECTIVE *GOZOLOFF*:   A lot of people

8          talk shit and you know what, even when

9          people are talking shit and when people

10         are talking like that they are LIERS.

11         You don't have to prove the whole thing,

12         just a little bit of it.  And you go

13         holy shit, that is true.  And that is

14         enough to make it credible.  All you

15         need is a little bit of corroboration.

16              DETECTIVE GOZOLOFF:   (Inaudible)

17              DETECTIVE TROTTA:   He doesn't know

18         everything.  He knows nothing about our

19         homicide investigation.

20              RODNEY MORRISON:   That is -- okay.

21         Okay.

22              DETECTIVE GOZOLOFF:   One of the

23         reasons it is not filed yet.

24              DETECTIVE TROTTA:   It is not discovered yet.

25         *The reasons it's not filed*,  in the federal system

1                                126

2        if they file it it is life or death

3        penalty and takes 18 months or so.

4             RODNEY MORRISON:  **_Guess who knows the most about my_**

5        **_case._**  I know more of what it true or false than

6        anybody else.

7             DETECTIVE TROTTA:  But you don't

8        know what mistakes you made.

9             RODNEY MORRISON:  **_Forget_** mistakes.

10       I know exactly what I did or did not do, **_for a fact_**.

11       **_And no one will tell me different_**.

12            DETECTIVE TROTTA:  Okay.  Well you

13       think in your mind.

14            RODNEY MORRISON:  You GET THE SGT.

15            DETECTIVE GOZOLOFF:  I know.  In the

16       federal system -- in the state system if

17       we have three people.  You and two

18       people rob a liquor store and shoot

19       somebody and there are no witnesses at

20       all.  If we grab two of them and they

21       say Rodney pulled the trigger, he is the

22       guy.  We have nothing else, no gun, no

23       DNA, we have nothing but your two

24       codefendants.  You cannot be convicted

25       in state.

1                                              127

2                    Federal government you can.

3          In a federal government you can convict

4          solely on it.  In the state you need

5          other evidence.  In the federal system

6          you don't.

7                    RODNEY MORRISON:  I have been

8          reading all about this, **_In the law books_**.

9                    DETECTIVE TROTTA:  You got a

10         library here?

11                   RODNEY MORRISON:  What kind ever

12         question is that?

13                   DETECTIVE TROTTA:  I don't know.

14                   RODNEY MORRISON:  They have to.

15                   DETECTIVE TROTTA:  So you spend a

16         lot of time in there?  That federal code

17         is confusing.

18                   RODNEY MORRISON:  Remember that

19         intelligent crazy man whatever you said?

20                   DETECTIVE TROTTA:  Me, I didn't

21         say that.  The maniac.

22                   DETECTIVE TROTTA:  (Inaudible)

23                   DETECTIVE GOZOLOFF:  Pull in.  Pull

24         in.

25                   DETECTIVE TROTTA:  No offense,

1                                      128

2          Rodney, but I want to go home.

3                RODNEY MORRISON:  That's okay.

4                DETECTIVE TROTTA:  Rodney, nothing personal.

5          **_It's strictly my job_**. I want to sum this up by

6          saying if I were your children I would

7          investigate just as hard.

8                RODNEY MORRISON:  You should.  You

9          are doing a wonderful job.

10               DETECTIVE TROTTA:  That means a

11         lot to me.  You really think I am doing

12         a wonderful job?

13               RODNEY MORRISON:  A wonderful job,

14         unfortunately, **_the negotiations_** went nowhere

15         today either, one way or another, trial

16         or no trial.

17               DETECTIVE GOZOLOFF:  Last time it

18         was really hot.

19               RODNEY MORRISON:  Now it is really

20         cold.

21               DETECTIVE GOZOLOFF:  So is it going

22         to be really hot next time we come?

23               DETECTIVE TROTTA:  Probably.

24               RODNEY MORRISON: **_Nothing scares me._**  I am not really

25         afraid of stuff.  You know that, right?

129

2     DETECTIVE TROTTA:  I would be

3     afraid if I were you.

4         RODNEY MORRISON:  If you knew me

5     you would know I am not afraid.

6         DETECTIVE TROTTA:  I am not saying

7     afraid afraid; I would be afraid that I

8     don't want to spend the rest of my life

9     in this place.

10        RODNEY MORRISON:  Eighteen years

11    isn't the rest of my life anyway.

12    Everything I worked for my family and

13    kids, everything working whether you

14    think is important to me or not, it is

15    just your opinion.

16             Whatever it is, **_every seed I sow_**,

17    everything I have done is going to be

18    destroyed as far as I am concerned.  I

19    will just destroy it.  So I can't give

20    that.  You understand that, that's all.

21        DETECTIVE TROTTA:  But it is only

22    15 years.  You will be 53 years old.

23        RODNEY MORRISON:  Forget about me.

24        DETECTIVE TROTTA:  What is the

25    alternative?  Or roll the dice and lose

1                                                    130

2          and it is life or 30 and then it is

3          over.  At least this gives you the

4          opportunity to get -- you know, listen,

5          I am just a fucking cop, investigator.

6          That is your decision.  It is totally

7       your decision.

8               RODNEY MORRISON:  Right.

9               DETECTIVE TROTTA:  You are a nice

10      guy, you've got some problems.

11              RODNEY MORRISON:  I've got some

12      problems?

13              DETECTIVE TROTTA:  You've got some

14      issues.

15              RODNEY MORRISON:  I am just

16      different, man.

17              DETECTIVE TROTTA:  No doubt you

18      are different.

19              RODNEY MORRISON:  I think

20      different bothers people.  You are not

21      allowed to be different.

22              DETECTIVE TROTTA:  You can be

23      different, but you can't break societal

24      rules, and apparently you have.

25              RODNEY MORRISON: ***You can't hurt people***.

1                                        131

2        I don't believe in hurting people, did you know that

3        too?  I don't believe in hurting people.

4        Have you heard that before?

5             DETECTIVE TROTTA:  No.

6             RODNEY MORRISON:  That's okay.

7             RODNEY MORRISON:  I definitely don't believe

8        in killing people.  Whether you believe it or not I

9        definitely don't believe in that.  That

10       is the stupidest thing **_anybody want to do because that's_**

11       **_a crime they can come back_**, it could be 50 years later they

13       can come back.  That would be the

14       stupidest thing.  That is my opinion.

15       Anybody, whether it be John, Rodney,

16       Bob.

17            DETECTIVE TROTTA:  Apparently you

18       got yourself involved in it, so you

19       decide what you want to do.

20            RODNEY MORRISON:  And the day goes

21       on.  Damn it.  **_Waste a_** day.

22            DETECTIVE GOZOLOFF:  Nothing.

23            RODNEY MORRISON:  I **_missed_** o

24       play**_ing_** my cards today.

25            DETECTIVE TROTTA:  You play for

1                                    132

2     money?

3            RODNEY MORRISON:  No, that is

4     against the rules.

5            DETECTIVE GOZOLOFF:  Rules don't

6     apply to you, Rodney.

7            RODNEY MORRISON:  Why not?  Sure

8     it does.  I am just different, that's

9     all.  I am not crazy, believe it or not.

10           DETECTIVE TROTTA:  Rodney, between

11    me and you, take the plea.  I am telling

12    you, you are making a mistake.

13          RODNEY MORRISON: ***I need my stuff.***

14           (Exiting car)

15

16

17

18

19

20

21

22

23

24

25