UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA                        ORDER OF REFERRAL

    -against-                                       CR- 04-0699  DRH/ AKT

RODNEY MORRISON
-------------------------------------------------X

HURLEY, District Judge

      The above-referenced criminal case is hereby referred to MAGISTRATE JUDGE
A. KATHLEEN TOMLINSON for the following purpose:

     To conduct a  bail hearing on defendant's June 1, 2007 application

     SO ORDERED.

                         _____/s/_____
                          DENIS R. HURLEY
                          United States District Judge

Dated: Central Islip, New York
      June 4,  2007

      Voluntarily consented to after full consultation by defendant with counsel.  Defendant will
suffer no prejudice by not consenting.  If there is no consent, the District Court Judge
assigned rather than then Magistrate Judge will act.

     Defendant:  _____

     Attorney for Defendant:  _____

     U.S. Attorney by A.U.S.A. _____

     Magistrate Judge:  _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA                          ORDER OF REFERRAL

     -against-                                    CR- 04-0699  DRH/ AKT

RODNEY MORRISON
------------------------------------------------X
HURLEY, District Judge

     The above-referenced criminal case is hereby referred to MAGISTRATE JUDGE
  A. KATHLEEN TOMLINSON for the following purpose:

   To conduct a  bail hearing on defendant's June 1, 2007 application


   SO ORDERED.


                          _____/s/_____
                           DENIS R. HURLEY
                           United States District Judge
Dated: Central Islip, New York
     June 4,  2007

     Voluntarily consented to after full consultation by defendant with counsel.  Defendant will
suffer no prejudice by not consenting.  If there is no consent, the District Court Judge
assigned rather than then Magistrate Judge will act.

   Defendant:  _____

   Attorney for Defendant:  _____

   U.S. Attorney by A.U.S.A. _____

   Magistrate Judge:  _____