```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X
UNITED STATES OF AMERICA,
                                        MEMORANDUM AND ORDER
         -against-                      04-CR-699 (DRH)(S-2)


RODNEY ARNOLDO MORRISON,

              Defendant.
----------------------------X
A P P E A R A N C E S:

For the Government:
     Roslynn R. Mauskopf
     United States Attorney
     Eastern District of New York
     One Pierrepont Plaza
     Brooklyn, New York  11201
       By: James M. Miskiewicz, A.U.S.A.
           Richard Thomas Lunger, Jr., A.U.S.A

For Defendant:
     Law Offices of Peter Smith & Associates
     232 East Main Street
     Huntington, New York 11743
       By: Peter Smith, Esq.

     William H. Murphy, Jr., Esq. & Associates
     32 West Madison Street
     Baltimore, MD 21201
       By: William H. Murphy, Jr., Esq.

     Colleen Quinn Brady, Esq.
     99 Hudson Street - 8th Floor
     New York, New York 10013

     Daniel Nobel, Esq.
     401 Broadway - 25th Floor
     New York, New York 10013

     Law Offices of Richard Ware Levitt
     148 E. 78th Street
     New York, New York 10021
       By: Richard Ware Levitt, Esq.

     William T. Martin & Associates
     32 Court Street
     Suite 707
```

Brooklyn, New York 11201
          By: William T. Martin, Esq.

      Anthony A. Capetola, Esq.
      2C Hillside Avenue
      Williston Park, New York 11596

HURLEY, Senior District Judge:

By letter dated June 1, 2007, William H. Murphy, Jr., Esq., one of the attorneys for Rodney Arnoldo Morrison ("Morrison"), made a renewed motion for bail on Morrison's behalf. By Order dated June 4, 2007, I referred that application to Magistrate Judge A. Kathleen Tomlinson, coupled with the direction that she conduct a bail hearing on the relief sought in the June 1, 2007 letter. That referral order is authorized under 28 U.S.C. § 636(b)(1)(B) and does not require the consent of the defendant.

By letter dated June 7, 2007, another attorney for Morrison, Richard Ware Levitt, Esq., requested that this Court hear the pending bail application, rather than Judge Tomlinson. That request is apparently based on the following language which was inadvertently included in the June 4, 2007 Order of Referral: "Voluntarily consented to after full consideration by defendant with counsel . . . . If there is no consent, the District Court Judge assigned rather than [the] Magistrate Judge will act." Which is to say, Attorney Levitt's request is certainly reasonable given the erroneous inclusion of the consent portion of the subject order.

In any event, to implement my original intention, i.e.

that Judge Tomlinson conduct the bail hearing subject to my later <u>de</u> <u>novo</u> review, if necessary, I have issued an amended Order of Referral this date, absent the consent language.

    SO ORDERED.

Dated: June 8, 2007
      Central Islip, New York

                                        _____/s/_____
                                        DENIS R. HURLEY, U.S.D.J.