UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA

       -against-

RODNEY MORRISON
------------------------------------------------X
HURLEY, District Judge

         AMENDED

       ORDER OF REFERRAL

       CR- 04-0699  DRH/ AKT

      The above-referenced criminal case is hereby referred to MAGISTRATE JUDGE
 A. KATHLEEN TOMLINSON    for the following purpose:

1.  To conduct a  bail hearing on defendant's June 1, 2007 application.


     SO ORDERED.


                  _____/s/_____
                   DENIS R. HURLEY
                   United States District Judge

Dated: Central Islip, New York
     JUNE 8, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA

      -against-

RODNEY MORRISON
-------------------------------------------------X
HURLEY, District Judge

                     AMENDED
             ORDER OF REFERRAL

             CR- 04-0699  DRH/ AKT

     The above-referenced criminal case is hereby referred to MAGISTRATE JUDGE
  A. KATHLEEN TOMLINSON   for the following purpose:

   1.  To conduct a  bail hearing on defendant's June 1, 2007 application.

     SO ORDERED.

                           _____/s/_____
                           DENIS R. HURLEY
                           United States District Judge

Dated: Central Islip, New York
      JUNE 8, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

     -against-

RODNEY MORRISON
-------------------------------------------------X
HURLEY, District Judge

        AMENDED

      ORDER OF REFERRAL

      CR- 04-0699  DRH/ AKT

     The above-referenced criminal case is hereby referred to MAGISTRATE JUDGE
 A. KATHLEEN TOMLINSON   for the following purpose:

1.  To conduct a  bail hearing on defendant's June 1, 2007 application.


    SO ORDERED.


               _____/s/_____
                DENIS R. HURLEY
                United States District Judge

Dated: Central Islip, New York
     JUNE 8, 2007