UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA                    ORDER OF REFERRAL

     -against-                                CR- 04-0699 (S-2) DRH

RODNEY MORRISON
-------------------------------------------------X

HURLEY, District Judge

       The above-referenced criminal case is hereby referred to MAGISTRATE JUDGE
 A. KATHLEEN TOMLINSON  for the following purpose:

   1.  To conduct a  bail hearing on defendant's September 7, 2007 application (doc # 327)

   SO ORDERED.

                              _____/S/_____
                                 DENIS R. HURLEY
                                 United States District Judge

Dated: Central Islip, New York
       October 9, 2007