```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
UNITED STATES OF AMERICA,
                                        MEMORANDUM AND ORDER
          -against-                     04-CR-699 (DRH)(S-2)


RODNEY ARNOLDO MORRISON,

               Defendant.
-----------------------------X
A P P E A R A N C E S:

For the Government:
    Benton J. Campbell
    Interim United States Attorney
    Eastern District of New York
    One Pierrepont Plaza
    Brooklyn, New York  11201
      By: James M. Miskiewicz, A.U.S.A.
          John Durham, A.U.S.A

For Defendant:
    William H. Murphy, Jr. & Associates
    12 West Madison Street
    Baltimore, MD 21201
      By: William H. Murphy, Jr.

    Anthony A. Capetola, Esq.
    2C Hillside Avenue
    Williston Park, New York 11596

    Law Offices of Peter Smith & Associates
    232 East Main Street
    Huntington, New York 11743
      By: Peter Smith, Esq.

    Daniel Nobel, Esq.
    401 Broadway - 25th Floor
    New York, New York 10013

    Law Offices of Richard Ware Levitt
    148 E. 78th Street
    New York, New York 10021
      By: Richard Ware Levitt, Esq.

    William T. Martin & Associates
    32 Court Street
    Suite 707
```

Brooklyn, New York 11201
  By: William T. Martin, Esq.

Schulman, Treem, Kaminkow, Gilden
& Ravenell, P.A.
Attorneys at Law
Suite 1800 - 18th Floor
The World Trade Center
401 East Pratt Street
Baltimore, Maryland 21202
  By: Kenneth W. Ravenell, Esq.

HURLEY, Senior District Judge

The parties are directed to appear in Courtroom 930 at 9:15 a.m. on Wednesday, November 14, 2007, at which time the Court will hear, in the presence of the defendant, the matters broached in Mr. Murphy's letter of today. However, unless and until the Court directs otherwise, the government and defense shall be prepared to proceed to trial tomorrow as scheduled.

SO ORDERED.

Dated: November 13, 2007
      Central Islip, New York

                                    _____/s/_____
                                    DENIS R. HURLEY, U.S.D.J.