```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)

    -against-

RODNEY MORRISON
--------------------------------X
```

    IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF JANUARY 29, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       JANUARY 30, 2008

                                            /S/
                                 DENIS R. HURLEY
                                 U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)

    -against-

RODNEY MORRISON
--------------------------------X

      IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF JANUARY 29, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       JANUARY 30, 2008

                                    _____/S/_____
                                    DENIS R. HURLEY
                                    U.S. DISTRICT JUDGE