UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)

        -against-

RODNEY MORRISON
------------------------------X

            IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT
AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF
FEBRUARY 7, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       FEBRUARY 7, 2008

                                 _____/S/_____
                                    DENIS R. HURLEY
                                    U.S. DISTRICT JUDGE