UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA               PAYMENT ORDER
                                       CR-04-0699 (DRH)

      -against-

RODNEY MORRISON
------------------------------X

        IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT
AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF
FEBRUARY 26, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       FEBRUARY 26, 2008

                                   /S/
                            DENIS R. HURLEY
                            U.S. DISTRICT JUDGE