UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)

    -against-

RODNEY MORRISON
--------------------------------X

     IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF FEBRUARY 28, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       FEBRUARY 28, 2008

                                              /S/
                                      DENIS R. HURLEY
                                      U.S. DISTRICT JUDGE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)

     -against-

RODNEY MORRISON
--------------------------------X

         IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT
AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF
FEBRUARY 28, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       FEBRUARY 28, 2008

                                          _____/S/_____
                                          DENIS R. HURLEY
                                          U.S. DISTRICT JUDGE
```