UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                                          CR-04-0699   (DRH)

RODNEY MORRISON
----------------------------------------------------------------------------------X

      Juror, STEVEN BLOOM, is hereby permitted to bring a cell phone in to the Courthouse.

      SO ORDERED.

                                                                          DENIS R. HURLEY
                                                           United States District Judge

Dated: Central Islip, New York
        March 3, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                                      CR-04-0699   (DRH)

RODNEY MORRISON
----------------------------------------------------------------------------------X

    Juror, STEVEN BLOOM, is hereby permitted to bring a cell phone in to the Courthouse.

    SO ORDERED.

                                                              DENIS R. HURLEY
                                                  United States District Judge

Dated: Central Islip, New York
        March 3, 2008