```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                PAYMENT ORDER
                                        CR-04-0699 (DRH)
    -against-

RODNEY MORRISON
--------------------------------X
```

      IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF MARCH 11, 2008.

DATED: CENTRAL ISLIP, NEW YORK
       MARCH 11, 2008

                                                        /S/
                                          DENIS R. HURLEY
                                          U.S. DISTRICT JUDGE