```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                PAYMENT ORDER
                                        CR-04-0699 (DRH)

     -against-

RODNEY MORRISON
--------------------------------X
```

     IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF MARCH 13, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       MARCH 14, 2008

                                                    /S/
                                      DENIS R. HURLEY
                                      U.S. DISTRICT JUDGE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA                PAYMENT ORDER
                                        CR-04-0699 (DRH)
     -against-

RODNEY MORRISON
-------------------------------X
```

        IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF MARCH 13, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       MARCH 14, 2008

                                             /S/
                                    ─────────────────────
                                    DENIS R. HURLEY
                                    U.S. DISTRICT JUDGE