```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)
     -against-

RODNEY MORRISON
--------------------------------X
```

     IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF MARCH 20, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       MARCH 20, 2008

                                           /S/
                                    DENIS R. HURLEY
                                    U.S. DISTRICT JUDGE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                PAYMENT ORDER
                                        CR-04-0699 (DRH)
     -against-

RODNEY MORRISON
--------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF MARCH 20, 2008.

DATED: CENTRAL ISLIP, NEW YORK
       MARCH 20, 2008

                                            /S/
                                    ───────────────────
                                    DENIS R. HURLEY
                                    U.S. DISTRICT JUDGE