UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)

    -against-

RODNEY MORRISON
--------------------------------X

        IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF MARCH 24, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       MARCH 24, 2008

                                    _____/S/_____
                                    DENIS R. HURLEY
                                    U.S. DISTRICT JUDGE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)
     -against-

RODNEY MORRISON
--------------------------------X
```

        IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF MARCH 24, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       MARCH 24, 2008

                                        _____/S/_____
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE