UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                                               CR-04-0699   (DRH)

RODNEY MORRISON
----------------------------------------------------------------------------------X

      Juror, JOSEPH DINARAM, hereby permitted to bring a cell phone in to the Courthouse.

      SO ORDERED.

                                                               DENIS R. HURLEY
                                                      United States District Judge

Dated: Central Islip, New York
       March 3, 2008