UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                                                     CR-04-0699   (DRH)

RODNEY MORRISON
---------------------------------------------------------------------------------X

       Juror, DEBORAH SHEHIGIAN, is hereby permitted to bring a cell phone in to the Courthouse.

       SO ORDERED.

                                                                         DENIS R. HURLEY
                                                    United States District Judge

Dated: Central Islip, New York
       April 14, 2008