UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                PAYMENT ORDER
                                        CR-04-0699 (DRH)

    -against-

RODNEY MORRISON
--------------------------------X

       IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF APRIL 17, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       APRIL 17, 2008

                                                                    /S/
                                            DENIS R. HURLEY
                                            U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)

    -against-

RODNEY MORRISON
--------------------------------X

      IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF APRIL 17, 2008.


DATED: CENTRAL ISLIP, NEW YORK
      APRIL 17, 2008

                                      /S/
                          DENIS R. HURLEY
                          U.S. DISTRICT JUDGE