```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X
UNITED STATES OF AMERICA,
                                           AMENDED ORDER
          -against-                        04-CR-699 (DRH)(S-2)

RODNEY ARNOLDO MORRISON,

               Defendant.
----------------------------X
A P P E A R A N C E S:

For the Government:
     Benton J. Campbell
     United States Attorney
     Eastern District of New York
     610 Federal Plaza
     Central Islip, New York  11722
          By: James M. Miskiewicz, A.U.S.A.
              John Joseph Durham, A.U.S.A.
              Diane C. Leonardo-Beckmann, A.U.S.A.

For Defendant:
     The Murphy Firm
     One South Street, 23rd Floor
     Baltimore, MD 21202
          By: William H. Murphy, Jr., Esq.
              Kenneth W. Ravenell, Esq.

     Anthony A. Capetola, Esq.
     2C Hillside Avenue
     Williston Park, New York 11596

     Law Offices of Peter Smith & Associates
     232 East Main Street
     Huntington, New York 11743
          By: Peter Smith, Esq.

     Daniel Nobel, Esq.
     401 Broadway – 25th Floor
     New York, New York 10013

     Law Offices of Richard Ware Levitt
     148 E. 78th Street
     New York, New York 10021
          By: Richard Ware Levitt, Esq.
```

William T. Martin & Associates
    32 Court Street
    Suite 707
    Brooklyn, New York 11201
        By: William T. Martin, Esq.

HURLEY, Senior District Judge

The purpose of this Order is to amend the following portion of my April 17, 2008 Order: "I find it is imperative that Mr. Ravenell be available as defendant's counsel of choice on [the RICO, CCTA, and murder counts] until this trial runs its course."  (Apr. 17. Order at 1.)

If the jury finds the defendant guilty of a predicate RICO offense, the case will then proceed to the concomitant issue of forfeiture before the same jury.  Should that occur, Mr. Ravenell will be required — and is so ordered — to remain on trial before me not only on counts for which he was specifically retained but also during the forfeiture phase of the proceeding.

    SO ORDERED.

Dated: April 21, 2008
      Central Islip, New York

                                    _____/s/_____
                                    DENIS R. HURLEY, U.S.D.J