UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)

    -against-

RODNEY MORRISON
--------------------------------X

       IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF APRIL 23 AND 24, 2008.


DATED: CENTRAL ISLIP, NEW YORK
      APRIL 22, 2008

                                       /S/
                                DENIS R. HURLEY
                                U.S. DISTRICT JUDGE