```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)

     -against-

RODNEY MORRISON
--------------------------------X
```

    IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF APRIL 28, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       APRIL 28, 2008

                                                    /S/
                                       DENIS R. HURLEY
                                       U.S. DISTRICT JUDGE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    PAYMENT ORDER
                                            CR-04-0699 (DRH)
     -against-

RODNEY MORRISON
--------------------------------X
```

  IT IS HEREBY ORDERED THAT THE JURY CLERK ISSUE PAYMENT AND CREDIT FOR ATTENDANCE TO ALL JURORS ON TRIAL FOR THE DATE OF APRIL 28, 2008.


DATED: CENTRAL ISLIP, NEW YORK
       APRIL 28, 2008

                                         _____/S/_____
                                         DENIS R. HURLEY
                                         U.S. DISTRICT JUDGE