**CRIMINAL CAUSE FOR SENTENCING HEARING**

**BEFORE JUDGE:** HURLEY, J.  **DATE:** JANUARY 87, 2010    **TIME:** 10:45 - 12:30   1:45 - 5:00 PM
**DOCKET NUMBER:** CR 04-0699         **TITLE:** USA    V.    MORRISON

**DEFT. NAME:** RODNEY MORRISON         **DEF. #:** 1
__ PRESENT,  _X_ NOT PRESENT,  _X_ IN CUSTODY,  __ ON BAIL

**ATTY FOR DEFT.:** WILLIAM MURPHY, KEN RAVENELL, RICHARD LEVITT; DANIEL NOBEL; PETER SMITH

_X_ PRESENT, ___ NOT PRESENT

**A.U.S.A.:** DIANE BOECKMANN, JAMES MISKIEWICZ;
**DEPUTY CLERK:** TRISHA BEST

**COURT REPORTER(S) OR ESR OPERATOR:** MARY ANN STEIGER / PAUL LOMBARDI

**INTERPRETER(S):**
**PROBATION OFFICER:** GREGORY GIBLIN

**CASE CALLED FOR HEARING ON DEFENDANT'S OBJECTIONS TO THE PRE-SENTENCE REPORT.**

**RULINGS ARE PLACED ON THE RECORD.**

**HEARING ON RESTITUTION WILL BE HELD ON FRIDAY, JANUARY 22, 2010 AT 10:30 AM.**

**THE SENTENCING HEARING WILL CONTINUE ON FRIDAY, JANUARY 29, 2010 AT 10:30 AM.**